Fill in this information to identify the case:

Debtor name: Pinnacle Regional Hospital, Inc.
United States Bankruptcy Court for the: DISTRICT OF KANSAS
Case number (if known): 20-20219

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abbott Labs<br>22400 Network Place<br>Chicago, IL 60673 | | Medical Supplies | | | | $15,535.00 |
| Aesculap<br>24630 Network Place<br>Chicago, IL 60673 | | Software/Programming | | | | $12,634.00 |
| Allscripts<br>2463- Network Place<br>Chicago, IL 60673 | | Software/Programming | | | | $39,488.00 |
| Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886 | | Credit Card | | | | $5,631.00 |
| Barton Associates<br>P.O. Box 417844<br>Boston, MA 02241 | | Staffing Agency/Doctor | | | | $5,235.00 |
| Centinel Spine<br>P.O. Box 207368<br>Dallas, TX 75320 | | Medical Supplies | | | | $7,950.00 |
| Collect RX<br>6720 Rockledge Dr., Twr B<br>Suite 600<br>Bethesda, MD 20817 | | Professional Services | | | | $12,614.00 |
| Covidien<br>Dept. 00 10318<br>Palatine, IL 60055 | | Medical Supplies | | | | $27,274.00 |
| FarMor Media, LLC<br>P.O. Box 403<br>Harrisonville, MO 64701 | | Advertising | | | | $13,106.00 |
| Favorite Staffing<br>P.O. Box 26225<br>Overland Park, KS 66213 | | Staffing Agency | | | | $15,393.00 |

| Debtor | Pinnacle Regional Hospital, Inc. | | | Case number (if known) | 20-20219 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| In2itive, LLC<br>6330 Sprint Pkwy<br>Suite 425<br>Leawood, KS 66211 | | Professional Services | | | | $22,259.00 |
| Lathrop Gage<br>10851 Mastin Blvd<br>Bldg 80, Ste 1000<br>Overland Park, KS 66210 | | Legal Services | | | | $8,952.00 |
| Medline<br>Dept 1080<br>P.O. Box 121080<br>Dallas, TX 75312 | | Medical Supplies | | | | $16,086.00 |
| Orthofix<br>P.O. Box 842452<br>Dallas, TX 75284 | | Medical Supplies | | | | $12,744.00 |
| R&G Solutions<br>1153 SE Century Drive<br>Lees Summit, MO 64081 | | Medical Supplies | | | | $13,068.00 |
| RTI Surgical<br>P.O. Box 73431<br>Chicago, IL 60673 | | Medical Supplies | | | | $4,933.00 |
| Stryker<br>21343 Network<br>Chicago, IL 60673 | | Medical Supplies | | | | $8,605.00 |
| Stryker Endoscopy<br>PO Box 93276<br>Chicago, IL 60673 | | Medical Supplies | | | | $11,387.00 |
| Tallgrass Technologies<br>1828 Walnut<br>Suite 301<br>Kansas City, MO 64108 | | Professional Services | | | | $55,950.00 |
| Xerox<br>P.O. Box 202882<br>Dallas, TX 75320 | | Office Equipment & Service | | | | $5,697.00 |