**SO ORDERED.**

**SIGNED this 5th day of March, 2020.**



Dale L. Somers
United States Chief Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re:** <br><br> **Pinnacle Regional Hospital, Inc.,** <br><br> **Debtor.** | Case No. 20-20219 <br> Chapter 11 |

### Order under 11 U.S.C. § 333 for
### Appointment of Health Care Ombudsman

The Debtor was designated as a health care business in the petition filed in this case on February 12, 2020, and the case shall therefor proceed as a health care case. Pursuant to 11 U.S.C. § 333, a patient care ombudsman to monitor the quality of patient care and to represent the interests of the patients of the Debtor shall be appointed not later than March 13, 2020,

unless the Court on timely motion finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of this case. A timely motion for finding that an ombudsman is not necessary has not been filed.

It is therefore ordered that a health care ombudsman be appointed in this case.

**It is so ordered.**

###