☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

### 1. Gross revenue from business

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _01/05/2020_ to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other ____ | $ _221,121.85_ |
| For prior year: | From _01/01/2019_ to _12/31/2019_<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other ____ | $ _1,699,587.26_ |
| For the year before that: | From _01/01/2018_ to _12/31/2018_<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other ____ | $ _1,678,336.71_ |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ____ to Filing date<br>MM / DD / YYYY | ____ | $ ____ |
| For prior year: | From ____ to ____<br>MM / DD / YYYY    MM / DD / YYYY | ____ | $ ____ |
| For the year before that: | From ____ to ____<br>MM / DD / YYYY    MM / DD / YYYY | ____ | $ ____ |

Debtor _ROJANA REALTY INVESTMENTS, INC._     Case number (if known) _20-20225_
Name

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | _GREAT WESTERN BANK_<br>Creditor's name<br>_# 0616 SHAWNEE MISION PKWY_<br>Street<br>_SHAWNEE, KS 66203_<br>City / State / ZIP Code | _1/1/20_<br>_2/1/20_<br>_12/1/2019_ | $ _44,009.28_ | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _MUTUAL OF OMAHA BANK_<br>Creditor's name<br>_1299 FARNAM ST #1400_<br>Street<br>_OMAHA, NE 68102_<br>City / State / ZIP Code | _12/22/19_<br>_1/22/19_<br>_2/22/19_ | $ _28,125.57_ | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City / State / ZIP Code<br>Relationship to debtor | | $ | |
| 4.2. | Insider's name<br>Street<br>City / State / ZIP Code<br>Relationship to debtor | | $ | |

Case 20-20219    Doc# 153-1    Filed 04/14/20    Page 2 of 45

Debtor  ROJANA  REALTY  INVESTMENTS, INC  Case number (if known) 20 - 20  225
_____Name_____

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.3. | COMPLETE CONSTRUCTION<br><br>Creditor's name | 1/20/20<br>1/14/20<br>12/10/20<br>12/18/20 | $ 84,790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☒ Other BUILDING PUT BACK, |
| 3.4. | WEBER FLOORING<br><br>Creditor's name | 1/14/20<br>1/30/20<br>12/18/20 | $ 27,585.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other BUILDING PUT BACK, |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.

| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |

5.2.

| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1.

| | | Name | ☐ Pending |
| Case number | | Street | ☐ On appeal |
| | | | ☐ Concluded |
| | | City          State          ZIP Code | |

7.2.

| Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

Debtor __ROJANA REALTY INVESTMENTS__ Case number (if known) __20-20225__
　　　　　　Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $ _____ |
| _____ Street | Case title | Court name and address |
| _____ City　　State　ZIP Code | _____ Case number | _____ Name |
| | _____ | _____ Street |
| | Date of order or assignment | _____ City　　State　ZIP Code |
| | _____ | |

### Part 4:　Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City　　State　ZIP Code | | | |
| Recipient's relationship to debtor _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City　　State　ZIP Code | | | |
| Recipient's relationship to debtor _____ | | | |

### Part 5:　Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| WATER DAMAGE TO BLDG - F 206A/B PART 9 #55.1 | $ 278, 251.93 | 12/2018 | $ 0 |

Debtor _____ACJANA REALTY INVESTMENTS, INC_____ Case number (if known) __20-20225__

Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor   ROSANA REALTY INVESTMENTS, INC   Case number (if known)   20-20225
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | | |
| | _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | _____ | | |
| | City          State    ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | _____ | | |
| | City          State    ZIP Code | | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ <br> City      State      ZIP Code | _____ | Check all that apply: <br> ☐ Electronically <br> ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ <br> City      State      ZIP Code | _____ | Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
    Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| CREATIVE PLANNING | EIN: 82 - 4274238 |

    Has the plan been terminated?
    ☐ No
    ☒ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| **18.2.** Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor ADJANA REALTY INVESTMENTS, INC.    Case number (if known) 20-20225

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| BLUE VALLEY SURGICAL ASSOC | F266 A/B | FURNITURE + EQUIPMENT | $ 1 M |
| Name | PART 9 SS.1 + | | |
| 12920 METCALF AVE #290 | SS.2 + SS3 + SS.4 | | |
| Street | | | |
| OVERLAND PARK, KS 66213 | | | |
| City   State   ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City   State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 9

Debtor _ROJANA REALTY INVESTMENTS, INC_   Case number (if known) _20-20225_

Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

**Business name and address**   **Describe the nature of the business**   **Employer Identification number**
Do not include Social Security number or ITIN.

25.1. _PAD THAI RESTURANT_   _RESTURANT_   EIN: _46-1328153_

Name

_P.O. BOX 24406_

Street   **Dates business existed**

_OVERLAND PARK KS_
_66283_   From _2013_  To _2016_

City          State          ZIP Code

---

25.2. **Business name and address**   **Describe the nature of the business**   **Employer Identification number**
Do not include Social Security number or ITIN.

_PARADISE ROCK QUARRIES, INC_   _QUARRY_   EIN: _47-4492520_

Name

_P.O. BOX 24406_

Street   **Dates business existed**

_OVERLAND PARK, KS_
_66283_   From _2008_  To _2017_

City          State          ZIP Code

---

**Business name and address**   **Describe the nature of the business**   **Employer Identification number**
Do not include Social Security number or ITIN.

25.3. _PHS MEDIVATIONS, INC_   _3D PRINTING CO_   EIN: _47-4995862_

Name

_P.O. BOX 24406_

Street   **Dates business existed**

_OVERLAND PARK KS_
_66283_   From _2014_  To _2016_

City          State          ZIP Code

---

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **10**

Debtor ROJANA REALTY INVESTMENTS, INC.
Name

Case number (if known) 20-20225

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | ROJANA STAFFING SVCS<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City State 66283 ZIP Code | STAFFING CO | EIN: 81 - 2748961<br><br>Dates business existed<br><br>From 2009 To 2019 |
| 25.2. | T&L CONSTRUCTION CO, LLC<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City State 66283 ZIP Code | CONSTRUCTION | EIN: 81 - 2526 325<br><br>Dates business existed<br><br>From 2015 To 2018 |
| 25.3. | WEIGHT LOSS HEALTHCARE<br>CENTERS OF AMERICA<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City State 66283 ZIP Code | HEALTHCARE | EIN: 20 - 2530 159<br><br>Dates business existed<br><br>From 2004 To 2014 |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 10 · i

Debtor _ROSANA REALTY INVESTMENTS, INC_          Case number (if known) _20-20225_

Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | ROSANA PROPERTIES<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City    State    66283 ZIP Code | REAL ESTATE | EIN: 81 - 2084759<br><br>Dates business existed<br><br>From 2008 To 2020 |
| 25.2. | UTOPIA FARMS, INC<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City    State    66283 ZIP Code | REAL ESTATE | EIN: 47 - 5345922<br><br>Dates business existed<br><br>From 2006 To PRESENT |
| 25.3. | HOSPITAL MGT CORP<br>Name<br>P.O. BOX 24406<br>Street<br>OVERLAND PARK, KS<br>City    State    66283 ZIP Code | HEALTHCARE | EIN: 93 - 1710709<br><br>Dates business existed<br><br>From 2002 To 2014 |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 10, 2

Debtor _AGJANA REALTY INVESTMENTS, INC_
Name

Case number _(if known)_ _20-20225_

24. Has the debtor notified any governmental unit of any release of hazardous material?

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

**Business name and address**
25.1. _PINNACLE HEALTHCARE_
_SYSTEMS, INC_
Name
_P.O. BOX 24466_
Street
_OVERLAND PARK, KS_
_66283_
City          State      ZIP Code

**Describe the nature of the business**
_HEALTHCARE_

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: _83 - 1 3 4 3 8 5 2_

**Dates business existed**
From _2018_ To _PRESENT_

**Business name and address**
25.2. _PINNACLE REG HOSPITAL, INC_
Name
_P.O. BOX 24466_
Street
_OVERLAND PARK, KS_
_66283_
City          State      ZIP Code

**Describe the nature of the business**
_HEALTHCARE_

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: _27 - 1 2 0 2 8 8 0_

**Dates business existed**
From _2008_ To _PRESENT_

**Business name and address**
25.3. _PINNACLE REG HOSPITAL, LLC_
Name
_P.O. BOX 24466_
Street
_OVERLAND PARK KS_
_66283_
City          State      ZIP Code

**Describe the nature of the business**
_HEALTHCARE_

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: _82 - 3 8 8 0 4 1 9_

**Dates business existed**
From _2018_ To _PRESENT_

Official Form 207

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

page 10

Debtor **BOJANA REALTY INVESTMENTS, INC** Case number (if known) **20-20225**
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | BLUE VALLEY HEALTH CARE SYSTEMS, INC. | HEALTH CARE | Do not include Social Security number or ITIN. EIN: 4 7 - 1 9 0 2 0 3 4 |
| | P.O. BOX 24406 | | Dates business existed |
| | OVERLAND PARK, KS 66283 | | From 2008 To PRESENT |

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.2. | BLUE VALLEY SURGICAL ASSOC | HEALTHCARE | Do not include Social Security number or ITIN. EIN: 2 7 - 1 6 6 1 0 0 7 |
| | P.O. BOX 24406 | | Dates business existed |
| | OVERLAND PARK, KS 66283 | | From 2005 To PRESENT |

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.3. | DYNAMIS LIFE PRODUCTS | MEDICAL R+D | Do not include Social Security number or ITIN. EIN: 4 7 - 4 9 7 6 9 3 3 |
| | P.O. BOX 24406 | | Dates business existed |
| | OVERLAND PARK KS 66283 | | From 2012 To PRESENT |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 10.4

Debtor  ROJANA REALTY INVESTMENTS, INC.   Case number (if known)  20-20825
         _____
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

**25.1.**
Business name and address
ROJANA REALTY, INC
Name
P.O. BOX 24406
Street
OVERLAND PARK, KS
               66283
City      State      ZIP Code

Describe the nature of the business
REAL ESTATE CO

Employer Identification number
Do not include Social Security number or ITIN.
EIN: 83-1422254
Dates business existed
From 2016 To 2018

**25.2.**
Business name and address
JOYS MAJESTIC PARADISE, INC
Name
P.O. BOX 24406
Street
OVERLAND PARK KS
               66283
City      State      ZIP Code

Describe the nature of the business
FARM

Employer Identification number
Do not include Social Security number or ITIN.
EIN: 20-0628201
Dates business existed
From 2004 To PRESENT

**25.3.**
Business name and address

Name

Street

City      State      ZIP Code

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.
EIN: ___-_____
Dates business existed
From _____ To _____

Case 20-20219    Doc# 153-1    Filed 04/14/20    Page 16 of 45

Debtor **ROSANA REALTY INVESTMENTS, INC** Case number (if known) **20-20225**

Name

---

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

**Name and address**

**Dates of service**

26a.1.
_____     From _____ To _____
Name
_____
Street
_____
_____
City                State        ZIP Code

**Name and address**

**Dates of service**

26a.2.
_____     From _____ To _____
Name
_____
Street
_____
_____
City                State        ZIP Code

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**Dates of service**

26b.1.
_____     From _____ To _____
Name
_____
Street
_____
_____
City                State        ZIP Code

**Name and address**

**Dates of service**

26b.2.
_____     From _____ To _____
Name
_____
Street
_____
_____
City                State        ZIP Code

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.1.
**DOUGLAS C. PALZER**              _____
Name
**24 PANORAMA CREST AVE**          _____
Street
**LAS VEGAS, NV 89135**            _____
City                State        ZIP Code

---

Debtor **ROJANA REALTY INVESTMENTS, INC.**  _____
_____
Name

Case number (if known) **20-20225**

| | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | | | |
| | Name | | |
| | Street | | |
| | City | | |
| | State          ZIP Code | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

26d.1.

Name

Street

City                                    State                    ZIP Code

Name and address

26d.2.

Name

Street

City                                    State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.

Name

Street

City                                    State                    ZIP Code

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.

| | |
|---|---|
| _____ | |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City | State        ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DOUGLAS C, PALZER | 24 PANORAMA CREST AVE | OWNER | 100 |
| | LAS VEGAS, NV 89135 | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor  RUJANA REALTY INVESTMENTS, INC    Case number (if known)  20-20225.
        Name

**30.2**   Name and address of recipient

Name _____

Street _____

City _____ State _____ ZIP Code _____

Relationship to debtor
_____

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Name of the parent corporation

_____

Employer Identification number of the parent corporation

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

Name of the pension fund

CREATIVE PLANNING

Employer Identification number of the pension fund

EIN: 82 – 4274238

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/12/2020
             MM / DD /YYYY

✗ _____        Printed name  DOUGLAS C. PALZER
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____ OWNER

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 14

**Fill in this information to identify the case:**

Debtor name _REJANA REALITY INVESTMENTS, INC._

United States Bankruptcy Court for the: _KANSAS CITY_ District of _KS_
(State)

Case number (If known): _26-20225_

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $ _10,558,000_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $ _2,261,876.30_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $ _12,819,876.30_

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.........    $ _6,432,751.65_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................    $ _∅_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........    + $ _873,867.28_

4. **Total liabilities**..................................................................................    $ _7,306,618.93_
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **ROJANA REALTY INVESTMENTS, INC**

United States Bankruptcy Court for the: **KANSAS CITY** District of **KS**
(State)

Case number (if known): **20-20225**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    All cash or cash equivalents owned or controlled by the debtor

    Current value of debtor's interest

2. **Cash on hand**    $ ____Ø____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | MUTUAL OF OMAHA BANK | CHECKING | 8 8 0 1 | $ 363.88 |
| 3.2. | GREAT WESTERN BANK | CHECKING | 9 8 4 5 | $ <3.21> |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | N/A | $ _____ |
| 4.2. | N/A | $ _____ |

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 360.67

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

    Current value of
    debtor's interest

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | EVERGY (ELECTRIC) | $ 8,330.00 |
| 7.2. | | $ _____ |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____   $_____

   8.2. _____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 8,330.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                          Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____  –  _____  = ........→   $ 314,313.93
                                face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  –  _____  = ........→   $ 1,938,871.70
                                face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 2,253,185.63

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:

    15.1. _____   _____%   _____   $_____

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor ROJANA REALTY INVESTMENTS, INC    Case number (if known) 20-20225
Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?

☐ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 20-20219    Doc# 153    Filed 04/14/20    Page 25 of 45

Debtor  ROJANA REALTY INVESTMENTS, INC    Case number (if known) 20-20225

_____
Name

---

**Part 8:  Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.          $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 20-20219    Doc# 156    Filed 04/24/20    Page 26 of 45

Debtor **ROSANA REALTY INVESTMENTS, INC** Case number (if known) **20-20225**
_____ Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | _____ | $_____ | _____ | $_____ |
| 55.2 | _____ | $_____ | _____ | $_____ |
| 55.3  *SEE ATTACHED* | _____ | $_____ | _____ | $_____ |
| 55.4 | _____ | $_____ | _____ | $_____ |
| 55.5 | _____ | $_____ | _____ | $_____ |
| 55.6 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **10,555,000**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____  _____ – _____ = ➔  $ _____
                            Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____
   _____                         Tax year _____   $ _____
   _____                         Tax year _____   $ _____
                                                   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**
                                                                      $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                                            $ _____
   Nature of claim      _____
   Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                                            $ _____
   Nature of claim      _____
   Amount requested     $ _____

76. **Trusts, equitable or future interests in property**
   _____                                            $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                                            $ _____
   _____                                            $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor _ROJANA REALTY INVESTMENT, INC_ Case number (if known) _20-20225_
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 360.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,330.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,253,185.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................→ | | $ 10,558,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..............91a. | $ 2,261,876.30 | + 91b. $ 10,558,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. $ 12,819,876.30

Name: Rojana Realty Investments, Inc.  Case number: 20-20225

Schedule A/B Assets

Part 9

| | Description | Nature of interest | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 55.1 | Medical Office Bldg. 4820 S. Arrowhead Drive, Independence, MO 64055 | | | | |
| | | 100% | $1,600,000 | | $1,600,000 |
| 55.2 | Medical Office Bldg. 12870-80 Metcalf Ave., Overland Park, KS 66213 | | | | |
| | | 100% | $2,767734.72 | | $3,000,000 |
| 55.3 | Medical Office Bldg. 6829 Parker Road, Florrisant, MO 63033 | | | | |
| | | 100% | $950,000 | | $1,600,000 |
| 55.4 | Medical Office Bldg. 7220 Watson Road, St. Louis, MO 63166 | | | | |
| | | 100% | $800,030 | | $800,000 |
| 55.5 | Vacant Commercial Property, 148th & Metcalf, Overland Park, KS | | | | |
| | | 100% | $1,717,078.00 | | $2,358,000 |
| 55.6 | Vacant Commercial Property, 151st and Lamar, Overland Park, KS | | | | |
| | | 100% | $800,000 | | $1,200,000 |

# Rojana Realty Investments, Inc.
## General Ledger
## For the Period From Apr 1, 2020 to Apr 30, 2020

Filter Criteria includes: 1) IDs from 1400 to 1400. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1400<br>Allowance for Depreci | 4/1/20 | | | Beginning Balance | | | -223,825.11 |
| | 4/1/20 | | GEN | 12870 Metcalf Ave | | 6,410.26 | |
| | 4/1/20 | | GEN | Florisant depreciati | | 2,029.91 | |
| | | | | Current Period Cha | | 8,440.17 | -8,440.17 |
| | 4/30/20 | | | **Ending Balance** | | | **-232,265.28** |

PART 9  #57

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** Amount of claim Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.1** Creditor's name
_MUTUAL OF OMAHA BANK_

Creditor's mailing address
_1299 FARNAM ST #1400_
_OMAHA, NE  68102_

Creditor's email address, if known

Date debt was incurred ___

Last 4 digits of account number  _5 0 0 1_
_2 0 0 1_

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
___

Describe debtor's property that is subject to a lien
_206 A/B  PART 9  #ss.1 + ss.4_    $ _1,533,748.46_  $ _9,400,00_

Describe the lien
_SECURED_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** Creditor's name
_GREAT WESTERN BANK_

Creditor's mailing address
_10610 SHAWNEE MISSION PKWY_
_SHAWNEE, KS  66203_

Creditor's email address, if known

Date debt was incurred ___

Last 4 digits of account number  _8 3 9 3_

Do multiple creditors have an interest in the same property?
☒ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _2.2 + 2.4_
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_206 A/B  PART 9  #ss.2 +_    $ _4,291,578.20_  $ _6,958,000_
_ss.3 + ss.5_

Describe the lien
_SECURED_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _6,433,751.65_

Case 20-20219   Doc# 153-1   Filed 04/14/20   Page 32 of 45

Debtor  ROJANA REALTY INVESTMENTS, INC     Case number *(if known)*  20-20225.
      *Name*

 **Part 1:** **Additional Page**

|  | **Column A** | **Column B** |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**23** Creditor's name

CORNERSTONE BANK

Creditor's mailing address

9120 W 135TH ST
OVERLAND PARK, KS 66221

Creditor's email address, if known

Date debt was incurred  2017
Last 4 digits of account number  1 2 2 9

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

F 206 A/B PART 9 #55.6        $ 608,224.99    $ 1,200,000

Describe the lien
SECURED.

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____    $ _____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 2 of 3

Debtor ROJANA REALTY INVESTMENTS, INC     Case number (if known) 20-20225
_____Name_____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor ROJANA REALTY INVESTMENTS

United States Bankruptcy Court for the: KANSAS CITY District of KS (State)

Case number 20-20225
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ST LOUIS COUNTY
41 S. CENTRAL AVE
ST LOUIS, MO 63105

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 78,334.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAXES

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount $ 78,334.07

**2.2** Priority creditor's name and mailing address
JACKSON COUNTY
P.O. BOX 219747
KANSAS CITY, MO 64121-9747

Date or dates debt was incurred
2019

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 38,818.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAXES

Is the claim subject to offset?
☒ No
☐ Yes

$ 38,818.93

**2.3** Priority creditor's name and mailing address
JOHNSON COUNTY
111 S. CHERRY ST #1500
OLATHE, KS 66061

Date or dates debt was incurred
2019

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 98,268.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAXES

Is the claim subject to offset?
☒ No
☐ Yes

$ 98,268.44

Debtor **ROJANA REALTY INVESTMENTS, INC** Case number (if known) **20-20225**

Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim     Priority amount

2.__  **Priority creditor's name and mailing address**

_____

_____

_____

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2.__  **Priority creditor's name and mailing address**

_____

_____

_____

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2.__  **Priority creditor's name and mailing address**

_____

_____

_____

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2.__  **Priority creditor's name and mailing address**

_____

_____

_____

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor **RUJANA REALTY INVESTMENTS, INC**  Case number (if known) **20-20225.**
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address

SEAL - O - MATIC

2601 NW TULLISON ROAD

KANSAS CITY, MO 64150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim

$ 640,898.30

Basis for the claim: CONTRACTORS LEIN

Date or dates debt was incurred    2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

SCHLAGEL + ASSOCIATES

14920 W 107TH STREET

LENEXA, KS 66215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 17,547.54

Basis for the claim: _____

Date or dates debt was incurred    2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Case 20-20219    Doc# 153-1    Filed 04/14/20    Page 37 of 45

Debtor **ROJANA REALTY INVESTMENTS, INC** Case number *(if known)* **20-20225**
Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor **ROJANA REALTY INVESTMENTS, INC** Case number *(if known)* **20-20225**
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. G+B CONSTRUCTION 30790 SWITZER ROAD LOUISBURG, KS 66053 | Line ____ ☒ Not listed. Explain SUBCONTRACTOR FOR SEAL-O-MATIC | ____ ____ ____ ____ |
| 4.2. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.3. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.4. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.1. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.5. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.6. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.7. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.8. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.9. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.10. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |
| 4.11. | Line ____ ☐ Not listed. Explain _____ | ____ ____ ____ ____ |

**Part 3:**  **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    ROJANA REALTY INVESTMENTS, INC.    Case number (if known)    20 - 20 225
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1          5a.    $   215,421.44

5b. Total claims from Part 2          5b.    +   $   658,445.84

5c. Total of Parts 1 and 2           5c.    $   873,867.28
    Lines 5a + 5b = 5c.

Case 20-20319   Doc# 153-1   Filed 04/14/20   Page 41 of 45

**Fill in this information to identify the case:**

Debtor name _ADJANA REALITY INVESTMENTS, INC._

United States Bankruptcy Court for the: _KANSAS CITY_ District of _KS_
(State)

Case number (If known): _20-20225_    Chapter _11_

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | BLDG LEASE  F 206 A/B # 55.1 | BLUE VALLEY SURICAL ASSOCIATE, INC. (BVHCS) P.O. BOX 24406 OVERLAND PARK, KS 66283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | BLDG LEASE  F 206 A/B # 55.2 | // |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | BLDG LEASE  F 206 A/B # 55.3 | // |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | BLDG LEASE  F 206 A/B # 55.4 | // |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## ◼ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

Debtor name _ROJANA  REALTY  INVESTMENTS,  INC_

United States Bankruptcy Court for the: _KANSAS  CITY_ District of _KS_
(State)

Case number (If known): _20 - 20225_

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 ____<br>Street ____<br>____<br>City ____ State ____ ZIP Code ____ | | ____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____ Case number *(if known)* _____
Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case 20-20219    Doc 153    Filed 04/14/20    Page 45 of 45