**SO ORDERED.**

**SIGNED this 22nd day of July, 2020.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Pinnacle Regional Hospital, Inc., *et al.*,**[1] | ) | Case No. 20-20219 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | **(Jointly Administered)** |

### ORDER GRANTING TRUSTEE'S MOTION TO CONVERT JOINTLY-ADMINISTERED BANKRUPTCY CASES TO CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112

NOW ON THIS 17th day of July 2020, this matter came before the Court at a hearing held at 10:45 a.m. prevailing Central Time (the "Hearing") to consider the Trustee's Motion to Convert Cases to Chapter 7 Pursuant to 11 U.S.C. § 1112 (ECF No. 346) (the "Motion"); the Court having review the Motion and the record in these bankruptcy cases; the Court having considered the

---

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Pinnacle Regional Hospital, LLC, Case No. 20-20221; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

CORE/3519737.0002/160512496.1

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Order Granting Trustee's Motion to Convert Jointly Administered
Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant
To 11 U.S.C. § 1112
Page 2

arguments of counsel at the Hearing; and for good and sufficient cause appearing therefore; the Court hereby finds and concludes as follows:

1. On February 12, 2020 (the "Commencement Date"), Pinnacle Regional Hospital Inc. ("Pinnacle Hospital"), Pinnacle Regional Hospital, LLC ("Pinnacle Boonville"), Blue Valley Surgical Associates, LLC ("BVSA"), Pinnacle Health Care System, Inc. ("Pinnacle Health"), Rojana Realty Investments, Inc. and Joy's Majestic Paradise, Inc., (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above captioned bankruptcy cases (collectively, the "Bankruptcy Cases").

2. On March 31, 2020, James A. Overcash was appointed as the chapter 11 trustee in the Bankruptcy Cases (ECF No. 84) (the "Trustee").

3. On March 31, 2020, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors for the Debtors (the "Committee").

4. Pinnacle Hospital operated a hospital in Overland Park, Kansas that specializes in bariatric surgery and intervention services.

5. BVSA operated clinics in Kansas and Missouri that offer pain management, surgical work-up and follow up for bariatric, orthopedic and spinal patients.

6. Pinnacle Boonville previously operated a hospital in Boonville, Missouri.

7. Pinnacle Health is a holding company and is the sole member of Pinnacle Boonville. Pinnacle Health has no operation functions.

**IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS**
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Order Granting Trustee's Motion to Convert Jointly Administered
Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant
To 11 U.S.C. § 1112
Page 3

8. On April 9, 2020, the Court approved the appointment of Amada M. Wilwert as the patient care ombudsman in the above-captioned cases pursuant to 11 U.S.C. § 333 (the "PCO") (ECF Doc. 127).

9. The Court has jurisdiction of this motion pursuant to 28 U.S.C. § 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court. 28 U.S.C. § 1409(a).

10. On June 22, 2020, the Trustee filed the Motion, seeking conversion of the Bankruptcy Cases to cases under chapter 7 of the Bankruptcy Code.

11. The relief requested in the Motion is in the best interest of the creditors of the Debtors and the Debtors' estates.

Based on the foregoing, and for good cause shown, the Court hereby ORDERS as follows:

12. The Motion is GRANTED as set forth herein.

13. On July 31, 2020, at 12:01 a.m. prevailing Central Time (the "Conversion Date"), each of the six jointly-administered Bankruptcy Cases shall be converted to cases under Chapter 7 of the Bankruptcy Code.

14. The Bankruptcy Cases shall remain jointly-administered from and after the Conversion Date pending further order of the Court.

15. The Debtors and the Trustee, and their respective counsel, as soon as practicable after the Conversion Date, shall:

    a. Turn over to the chapter 7 trustee appointed in these Bankruptcy Cases (the "Chapter 7 Trustee") any and all records and estate property under their dominion, control, and custody as required by Federal Rule of Bankruptcy Procedure 1019(4),

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Order Granting Trustee's Motion to Convert Jointly Administered
Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant
To 11 U.S.C. § 1112
Page 4

including, but not limited to, all amounts held in escrow by the Trustee and the estates' professionals;

b. Within 30 days after the Conversion Date, file a schedule of unpaid debts as of the Conversion Date, including the name and address of each holder of a claim as required by Federal Rule of Bankruptcy Procedure 1019(5)(A)(i); and

c. Within 30 days of the Conversion Date, file and transmit to the Office of the United States Trustee a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5)(A)(ii).

16. The Trustee, and, at the request of the Chapter 7 Trustee, a representative of the Debtors, shall appear at the first meeting of creditors pursuant to sections 341(a) and 343 of the Bankruptcy Code and the Trustee shall be available to testify at such hearing.

17. As of the Conversion Date, all causes of action of the Debtors and their estates, including but not limited to the causes of action asserted in the adversary proceeding styled as *Official Committee of Pinnacle Regional, Inc., et al., v. Great Western Bank*, Adversary Proceeding No. 20-06025, shall vest in the Chapter 7 Trustee.

18. On or before August 14, 2020 (the "Fee Application Deadline"), all estate professionals must file their final fee applications in the Bankruptcy Cases. For the avoidance of doubt, the professionals engaged by the PCO, the Trustee, and/or the Committee in these Bankruptcy Cases shall have standing and authority to file final fee applications, respond to any objections filed to a final fee application, participate in any hearing on a final fee application, and file or respond to any appeal filed with respect to a final fee application. The foregoing shall not be limited in any way by the termination of the Trustee and the Committee on the Conversion

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Order Granting Trustee's Motion to Convert Jointly Administered
Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant
To 11 U.S.C. § 1112
Page 5

Date. Without further order of the Court, the Chapter 7 Trustee shall pay any fees or expenses allowed on a final, interim, or monthly basis up to the amounts of the applicable Carve-Out as defined in the *Final Order Regarding Use of Cash Collateral and Adequate Protection* [Docket No. 361].

19. The Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

IT IS SO ORDERED.

# # #

Prepared and submitted by:

/s/ Larry A. Pittman, II_____

**CONROY BARAN**
Robert Baran, Esq. (KS#19681)
Larry A. Pittman, II, Esq. (D. Kan. 78034)
1316 Saint Louis Avenue, 2nd Floor
Kansas City, MO  64101
Telephone:  (816) 210-9680 / (816) 616-5009
Email:  rbaran@conroybaran.com
         lpittman@conroybaran.com

-AND-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers (admitted *pro hac vice*)
Colin M. Bernardino (admitted *pro hac vice*)
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  tmeyers@kilpatricktownsend.com
         cbernardino@kilpatricktownsend.com

*Counsel for the Official Committee of Unsecured Creditors*