UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | ) |
| | ) |
| **Pinnacle Regional Hospital, Inc.,** *et al.*,[1] | ) Case No. 20-20219 |
| | ) |
| Debtors. | ) Chapter 7 |
| | ) |
| | ) (Jointly Administered) |

## FIRST INTERIM APPLICATION OF STINSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR JAMES A. OVERCASH, CHAPTER 7 TRUSTEE

Stinson LLP ("Applicant") hereby submits this application (the "First Interim Application") requesting that this Court enter an order allowing fees and expenses on an interim basis in the aggregate amount of $41,476.00 incurred from August 1, 2020 through October 31, 2020 (the "Interim Period"), for acting as counsel to James A. Overcash, Chapter 7 Trustee (the "Trustee"). In support of this Application, Applicant submits the following:

## BACKGROUND

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. On February 12, 2020 (the "Commencement Date"), Pinnacle Regional Hospital Inc. ("Pinnacle Hospital"), Pinnacle Regional Hospital, LLC ("Pinnacle Booneville"), Blue Valley Surgical Associates, LLC ("BVSA"), Pinnacle Health Care System, Inc. ("Pinnacle Health"), Rojana Realty Investments, Inc. ("Rojana"), and Joy's Majestic Paradise, Inc., ("Joy's" and

---

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Pinnacle Regional Hospital, LLC, Case No. 20-20221; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

together with the other debtors, collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases").

3. On March 31, 2020, the Trustee was appointed as the chapter 11 trustee in the Bankruptcy Cases (ECF Doc. 84).

4. On July 23, 2020, the Court entered its Order Granting Trustee's Motion to Convert Jointly-Administered Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112 (ECF Doc. 385) (the "Conversion Order").

5. Pursuant to the Conversion Order, on July 31, 2020 (the "Conversion Date") the Bankruptcy Cases converted to cases under chapter 7 of the Bankruptcy Code.

6. On August 3, 2020, the Trustee was appointed as chapter 7 trustee in the Bankruptcy Cases.

7. On August 5, 2020, the Trustee filed its Application of James A. Overcash, Chapter 7 Trustee, to Employ Stinson LLP as Counsel (ECF Doc.411). On September 2, 2020 the Court entered an order approving the Applicant's employment. (ECF Doc. 468).

## RELIEF REQUESTED

8. Applicant requests that this Court enter an order allowing fees and expenses on an interim basis in the Bankruptcy Cases in the aggregate amount of $41,476.00 incurred during the Interim Period for acting as counsel to the Trustee.

## FEES AND EXPENSES INCURRED

9. During the Interim Period, Applicant incurred aggregate fees of $40,045.00 and expenses of $1,1431.00.

10. During the Interim Period, Applicant has performed necessary, reasonable and valuable legal services for the Trustee with a total of approximately 122.9 hours expended therefore. The specific timekeeper's name, title, hours, hourly rate and total fee amounts for each month are as follows:

| TIMEKEEPER NAME | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Nicholas Zluticky | Partner | $375.00 | 53.3 | $19,987.50 |
| Sara Welch | Partner | $495.00 | 0.3 | $148.50 |
| Zachary Hemenway | Partner | $365.00 | 6.8 | $2,482.00 |
| Christopher Sevedge | Associate | $315.00 | 3.8 | $1,197.00 |
| Samuel Butler IV | Associate | $355.00 | 0.4 | $142.00 |
| Michael Pappas | Associate | $290.00 | 40.9 | $11,861.00 |
| Lisa Parks | Paralegal | $225.00 | 3.4 | $765.00 |
| John Benson | Practice Consultant | $250.00 | 12 | $3,000.00 |
| Cindy Cusimano | Practice Consultant | $245.00 | 1.3 | $318.50 |
| Jonathan Simon | Practice Consultant | $205.00 | 0.7 | $143.50 |

11. All professional services were performed by Applicant for and on behalf of the Trustee and no other persons.

12. A complete and accurate accounting of the time identified above is itemized on the Monthly Statements attached collectively as Exhibit A hereto.

3

CORE/3519737.0002/163284238.1
Case 20-20219    Doc# 534-8    Filed 11/30/20    Page 3 of 7

13. Applicant's activities for the Interim Period are described in the attached Monthly Statements and can be summarized as follows:

    a. Cash Collateral – includes negotiating the terms of and drafting cash collateral and trustee's loan motions and engaging in ongoing discussions regarding the same.

    b. Hearings and Meeting of Creditors – Prepare for and represent the Trustee at various hearings and at the 341 meeting of creditors.

    c. Property Review and Sales – Communication with the title company and various third parties regarding a sale of certain property owned by the Debtors, review of title reports, and preparation of sale motions and proposed orders.

    d. Trustee Election – Includes research and preparation of memo highlighting issues raised by the election and engaging in ongoing discussions regarding the same.

    e. Document Review – Review, prepare, analyze and evaluate share drive data collected, engage in various communications regarding the same, and review the same in preparation for production in response to discovery requests directed at Blue Valley Surgical Associates, LLC.

    f. Sale Proceeds – Draft motion to disburse proceeds of various sales and discuss the same with the Trustee and counsel for Great Western Bank.

    g. Operation of Business – Draft motion for the Trustee to continue to operate the business for a limited period of time.

    h. Turnover Motion – Prepare turnover motion of funds retained by McDowell Rice and discuss the same with the Trustee.

    i. Adversary Proceeding – Prepare motion for extension of time to respond to Great Western Bank's motion to dismiss and agreed order granting the same.

j. Employees – includes reviewing FFCRA guidance on paid leave and advising the Trustee regarding the same.

k. Claims Objection Deadline – Prepare notice of objection deadline, draft agreed order extending deadline and engage in communications with Great Western Bank regarding the same.

l. Fees/Employment – includes preparing and filing the application for employment of Stinson LLP, Arnett Carbis Toothman LLP, and Daniel Stuart Law Offices.

14. The hourly rates charged by Applicant are the standard rates charged on routine, bankruptcy matters, without considering the size of the case and degree of responsibility, difficulty, complexity, and results achieved. Based on such rates, the value of the professional services rendered during the Interim Period is $40,045.00. To minimize the expense of the services provided, Applicant has, wherever possible, avoided duplication of effort and delegated appropriate tasks to associates and paralegals with lesser billing rates.

15. Expenses incurred by Applicant during the Interim Period are specified on the attached Monthly Statements. Each expense is listed at cost to Applicant, with no estimates or other modifications.

16. During the Interim Period, Applicant received no payments from the Trustee; accordingly, the entire balance remains owing for fees and expenses incurred during the Interim Period.

17. No agreement or understanding prohibited by Section 504 of the Bankruptcy Code exists between Applicant and any other person or entity for the sharing of compensation or reimbursement received or to be received for services rendered in connection with this case.

WHEREFORE, Applicant, respectfully requests that this Court enter an order (a) granting this Application; (b) allowing on an interim basis fees in the amount of $41,476.00 for services rendered and expenses incurred in connection with the Bankruptcy Cases during the Interim Period; (c) and allowing Applicant an administrative expense in the same amount, representing the amount of allowed fees and expenses that remain unpaid; (d) authorizing payment of Applicant's fees if and to the extent permitted by the prior and existing cash collateral orders; and (e) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

STINSON LLP

By: */s/ Nicholas J. Zluticky*
Nicholas J. Zluticky KS # 23935
Michael P. Pappas. D. Kan. # 78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com
Michael.pappas@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE
JAMES A. OVERCASH

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2020, the First Interim Application of Stinson LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel for James A. Overcash, Chapter 7 Trustee was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System. Further, I certify that on November 30, 2020 copies of the First Interim Application of Stinson LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel for James A. Overcash, Chapter 7 Trustee were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Centinel Spine, LLC
c/o Moritt Hock & Hamroff LLP
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530

Dan Ray Nelson on behalf of Creditor Premier Specialty Network, LLC
300 S. John Q. Hammons Pkwy
Suite 800
Springfield, MO 65806

Amanda M. Wilwert
Foulston Siefkin, LLP
9225 Indian Creek Parkway
Suite 600
Overland Park, KS 66210

                                                   */s/ Nicholas J. Zluticky*
                                                   Counsel for the Chapter 7 Trustee