**SO ORDERED.**

**SIGNED this 9th day of December, 2020.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | ) |
| | ) |
| **Pinnacle Regional Hospital, Inc., *et al.*,**[1] | ) Case No. 20-20219 |
| | ) |
| Debtors. | ) Chapter 7 |
| | ) |
| | ) **(Jointly Administered)** |

### AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO DISBURSE SALE NO. 3 NET PROCEEDS TO GREAT WESTERN BANK

This matter comes before the Court on the Chapter 7 Trustee's Motion for Authority to Disburse Sale No. 3 Net Proceeds to Great Western Bank (ECF No. 522) (the "Motion") filed by James A. Overcash, not individually, but solely in his capacity as the Chapter 7 Trustee in the above-captioned bankruptcy cases (the "Trustee"), wherein the Trustee requests that the Court authorize and approve the Trustee's disbursement of certain net sale proceeds received from Sale

___

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Pinnacle Regional Hospital, LLC, Case No. 20-20221; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Agreed Order Granting Chapter 7 Trustee's Motion to Disburse Sale No. 3
Net Proceeds to Great Western Bank
Page 2

No. 3 to Great Western Bank (the "Bank") on account of its lien on the equipment sold under Sale No. 3.

Upon consideration of the Motion, there being no objection, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that the Motion is GRANTED IN ITS ENTIRETY; and it is

**FURTHER ORDERED**, that the Trustee is authorized to disburse the Overland Park Proceeds of $758,290.00[2]; and it is

**FURTHER ORDERED**, that the Trustee reserves the right to object to the Bank's claims in these Bankruptcy Cases, including, without limitation, the Bank's application of the Overland Park Proceeds and Booneville Proceeds to any of the debts owed by the Debtors to the Bank, other than debt secured by the equipment owned by Pinnacle Hospital, BVSA and/or Pinnacle Health and sold under Sale No. 3; and it is

**FURTHER ORDERED**, that nothing herein shall modify the Bank's rights, if any, to request distribution of the remaining net sale proceeds; and it is.

**FURTHER ORDERED**, that the Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

# # #

---

[2] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc. et al. – Case No. 20-20219
Agreed Order Granting Chapter 7 Trustee's Motion to Disburse Sale No. 3
Net Proceeds to Great Western Bank
Page 3

Prepared and submitted by:

STINSON LLP

By: */s/ Nicholas J. Zluticky*
Nicholas J. Zluticky KS # 23935
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com

COUNSEL FOR THE CHAPTER
7 TRUSTEE JAMES A. OVERCASH

AGREED:

SPENCER FANE LLP

By: /s/ Peter L. Riggs
Pater L. Riggs         KS # 23523
Andrea M. Chase    KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106
Phone: (816) 474-8100
Facsimile: (816) 474-3216
priggs@spencerfane.com
achase@spencerfane.com

and

James A. Lodoen Admitted pro hac vice
100 South 5th St, Ste. 2500
Minneapolis, Minnesota 55402
Phone: (612) 268-7000
Facsimile: (612) 268-7001
jlodoen@spencerfane.com

ATTORNEYS FOR GREAT WESTERN BANK