Page: 1-1

# Form 3
## Summary Interim Asset Report

**Trustee:** James A. Overcash (470100)  **Blanket Bond Amount:** $0.00
**Period:** 10/01/2020 - 10/01/2020  **Per Case Limit:** $0.00

| 1<br>Case Number | 2<br>Case Name | 3<br>Date Filed (f) or Converted (c) to Chapter 7 | 4<br>Total Funds on Deposit or Invested (from Form 2) | 5<br>Amount of Separate Bond (if any) | 6<br>Gross Value of Remaining Assets (from Form 1 - excludes unknown values) | 7<br>Date of Actual Disposition by*:<br>Final Report (TFR)<br>Final Account (TDR)<br>Report of No Distribution (NDR)<br>Conversion (C)<br>Dismissal (D)<br>Reassignment (R)<br>* If TFR not filed, insert estimated (TFR(e)) date |
|---|---|---|---|---|---|---|
| 20-20219 | Pinnacle Regional Hospital, Inc. | 07/22/2020 (c) | $1,275,245.61 | | $60,732.91 | 08/01/2022 TFR(e) ** |
| 20-20222 | Blue Valley Surgical Associates, LL | 07/22/2020 (c) | $61.80 | | $0.00 | 08/01/2022 TFR(e) ** |
| 20-20224 | Pinnacle Healthcare System, Inc. | 07/22/2020 (c) | $0.00 | | $0.00 | 08/01/2022 TFR(e) ** |
| 20-20225 | Rojana Realty Investments, Inc. | 07/22/2020 (c) | $0.00 | | $0.00 | 08/01/2022 TFR(e) ** |
| 20-20227 | Joy's Majestic Paradise, Inc. | 07/22/2020 (c) | $3,953,207.02 | | $273,000.00 | 08/01/2022 TFR(e) ** |

**Totals** (Column 6 excludes unknown values)  **Cases: 5**  $5,228,514.43  $333,732.91

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: /s/ James A. Overcash   Date signed: 11/05/2021

**Total Cases Reported: 5**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2-1

**Case No.:** 20-20219  
**Case Name:** Pinnacle Regional Hospital, Inc.  
**For Period Ending:** 09/30/2021

**Trustee Name:** (470100) James A. Overcash  
**Date Filed (f) or Converted (c):** 07/22/2020 (c)  
**§ 341(a) Meeting Date:** 09/03/2020  
**Claims Bar Date:** 04/25/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT COUNTRY CLUB BANK XX7359 | 500.00 | 500.00 | | 237,784.82 | FA |
| 2 | ACCOUNTS RECEIVABLE | 122,705,963.56 | 122,705,963.56 | | 0.00 | FA |
| 3 | INVENTORY: MEDICAL SUPPLIES | 128,140.28 | 128,140.28 | | 0.00 | FA |
| 4 | OFFICE FURNITURE AND EQUIPMENT | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 5 | MACHINERY, EQUIPMENT, AND VEHICLES | 978,104.12 | 978,104.12 | | 0.00 | FA |
| 6 | POTENTIAL DAMAGE FOR MEDICARE LICENSE PROCEEDING | 0.00 | 0.00 | | 0.00 | FA |
| 7 | REFUND OF PREMIUM OVERPAYMENT FOR PROFESSIONAL AND GENERAL LIABILITY INSURANCE POLICY WITH MEDICAL LIABILITY ALLIANCE (u) | 29,693.00 | 29,693.00 | | 29,693.00 | FA |
| 8 | PREFERENCE PAYMENTS (u) | 60,732.91 | 60,732.91 | | 60,732.91 | 0.00 |
| 9 | FUNDS TRANSFER FROM CHAPTER 11 CASE (u) | Unknown | Unknown | | 1,420,132.23 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$123,933,133.87** | **$123,933,133.87** | | **$1,748,342.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Major Activities Affecting Case Closing:
1. Resolution of matters involving Pinnacle Regional Hospital, LLC (Case No. 20-20221) and Great Western Bank
2. Complete evaluation and prosecution of Chapter 5 actions

**Initial Projected Date Of Final Report (TFR):** 08/01/2021  
**Current Projected Date Of Final Report (TFR):** 08/01/2022

11/05/2021  
Date

/s/James A. Overcash  
James A. Overcash

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-1

| | |
|---|---|
| Case No.: | 20-20219 |
| Case Name: | Pinnacle Regional Hospital, Inc. |
| Taxpayer ID #: | **-***2880 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | James A. Overcash (470100) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5881 Checking |
| Blanket Bond (per case limit): | $0.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/20 | {9} | Pinnacle Regional Hospital, Inc | Transfer from Chapter 11 Trustee Account | 1290-010 | 1,420,132.23 | | 1,420,132.23 |
| 08/28/20 | 101 | KILPATRICK TOWNSEND & STOCKTON LLP | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 80,000.00 | 1,340,132.23 |
| 08/28/20 | 102 | FTI CONSULTING, INC. | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 27,000.00 | 1,313,132.23 |
| 08/28/20 | 103 | CONROY BARAN | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 18,000.00 | 1,295,132.23 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 226.98 | 1,294,905.25 |
| 09/17/20 | 104 | Woods Aitken LLP | Order Granting Application for Compensation 9/14/2020 (Fil. #477) | | | 17,429.85 | 1,277,475.40 |
| | | Woods Aitken LLP | Attorney for Trustee Fees $17,422.00 | 3110-000 | | | |
| | | Woods Aitken LLP | Attorney for Trustee Expenses $7.85 | 3120-000 | | | |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,229.79 | 1,275,245.61 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,038.30 | 1,273,207.31 |
| 11/11/20 | 105 | COMMERCIAL CAPITAL COMPANY, LLC | Order Granting Motion to Approve Sale and Disburse Funds to Commercial Capital Company, LLC 7/2/20 (Fil. #348) | 4210-000 | | 95,967.05 | 1,177,240.26 |
| 11/13/20 | 106 | STINSON | Order Granting Application for Compensation 11/12/2020 (Fil. #526) | 6210-000 | | 42,583.50 | 1,134,656.76 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,949.05 | 1,132,707.71 |
| 12/11/20 | 107 | Great Western Bank | Order Granting Trustee's Motion for Authority to Disburse Sale No. 3 Net Proceeds (Fil. #544) | 4110-000 | | 754,458.04 | 378,249.67 |
| 12/11/20 | 108 | Larry A. Pittman, Trustee | Order Granting Trustee's Motion for Authority to Disburse Sale No. 3 Net Proceeds (Fil. #544) | 4110-000 | | 323,922.77 | 54,326.90 |
| 12/18/20 | 109 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 | 2300-000 | | 141.11 | 54,185.79 |
| 12/23/20 | 110 | STINSON LLP | Order Granting Application for Compensation 12/22/2020 (Fil. #553) | | | 41,476.00 | 12,709.79 |
| | | STINSON LLP | Attorney for Trustee Fees $40,045.00 | 3210-000 | | | |
| | | STINSON LLP | Attorney for Trustee Expenses $1,431.00 | 3220-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,645.98 | 11,063.81 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 518.94 | 10,544.87 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 483.02 | 10,061.85 |
| 03/15/21 | {7} | Medical Liability Alliance | Refund of Premium Overpayment | 1229-000 | 29,693.00 | | 39,754.85 |

Page Subtotals: $1,449,825.23 $1,410,070.38

Case 20-20219   Doc# 675   Filed 11/05/21   Page 3 of 5

{ } Asset Reference(s)                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-2

| Case No.: | 20-20219 | Trustee Name: | James A. Overcash (470100) |
| --- | --- | --- | --- |
| Case Name: | Pinnacle Regional Hospital, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2880 | Account #: | ******5881 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $0.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.11 | 39,711.74 |
| 04/28/21 | 111 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 04/01/21-04/01/22 | 2300-000 | | 137.08 | 39,574.66 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.64 | 39,511.02 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.13 | 39,451.89 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.55 | 39,382.34 |
| 07/09/21 | 112 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided on 07/22/2021 | 2990-004 | | 120.00 | 39,262.34 |
| 07/09/21 | 113 | KANSAS SECRETARY OF STATE | Filing Fee for Annual Report Voided on 11/01/2021 | 2990-004 | | 55.00 | 39,207.34 |
| 07/13/21 | {1} | Country Club Bank | Return of Funds from Closed Bank Account | 1129-000 | 237,784.82 | | 276,992.16 |
| 07/22/21 | 112 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided: check issued on 07/09/2021 | 2990-004 | | -120.00 | 277,112.16 |
| 07/22/21 | 114 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided on 11/01/2021 | 2990-004 | | 35.00 | 277,077.16 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 279.07 | 276,798.09 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 473.36 | 276,324.73 |
| 09/20/21 | {8} | REMEDY SLEEP MEDICINE LLC | Preference Payment | 1241-000 | 6,536.66 | | 282,861.39 |
| 09/20/21 | {8} | MEDICAL LIABILITY ALLIANCE | Preference Payment | 1241-000 | 9,196.25 | | 292,057.64 |
| 09/20/21 | {8} | SURGALIGN SPINE TECHNOLOGIES, INC. | Preference Payment | 1241-000 | 45,000.00 | | 337,057.64 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 475.46 | 336,582.18 |
| | | **COLUMN TOTALS** | | | 1,748,342.96 | 1,411,760.78 | $336,582.18 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,748,342.96 | 1,411,760.78 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $1,748,342.96 | $1,411,760.78 | |

Case 20-20219    Doc# 675    Filed 11/05/21    Page 4 of 5

{ } Asset Reference(s)                ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 3-3

| | | | |
|---|---|---|---|
| **Case No.:** | 20-20219 | **Trustee Name:** | James A. Overcash (470100) |
| **Case Name:** | Pinnacle Regional Hospital, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2880 | **Account #:** | ******5881 Checking |
| **For Period Ending:** | 09/30/2021 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $1,748,342.96 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,748,342.96 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5881 Checking | $1,748,342.96 | $1,411,760.78 | $336,582.18 |
| | **$1,748,342.96** | **$1,411,760.78** | **$336,582.18** |