UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | ) |
| | ) |
| **Pinnacle Regional Hospital, Inc., *et al.*,**[1] | ) Case No. 20-20219 |
| | ) |
| Debtors. | ) Chapter 7 |
| | ) |
| | ) (Jointly Administered) |

## MOTION OF TRUSTEE TO SEVER JOINT ADMINISTRATION OF BLUE VALLEY SURGICAL ASSOCIATES, LLC'S BANKRUPTCY CASE

COMES NOW James A. Overcash, not individually, but solely as Chapter 7 Trustee in the above-captioned bankruptcy cases (the "Trustee") and respectfully submits this Motion of Trustee to Sever Joint Administration of Blue Valley Surgical Associates, LLC's Bankruptcy Case (the "Motion"). In support of this Motion, the Trustee states as follows:

### BACKGROUND AND JURISIDICTION

1. On February 12, 2020 (the "Commencement Date"), Pinnacle Regional Hospital Inc. ("Pinnacle Hospital"), Pinnacle Regional Hospital, LLC ("Pinnacle Booneville"), Blue Valley Surgical Associates, LLC ("BVSA"), Pinnacle Health Care System, Inc. ("Pinnacle Health"), Rojana Realty Investments, Inc. ("Rojana"), and Joy's Majestic Paradise, Inc., ("Joy's" and together with the other debtors, collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases").

2. On March 27, 2020, the Debtors filed their Motion for Joint Administration. (ECF No. 67).

---

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Pinnacle Regional Hospital, LLC, Case No. 20-20221; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Pinnacle Health Care System, Inc., Case No. 20-20224; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

3. On March 30, 2020, the Trustee was appointed as the chapter 11 trustee in the Bankruptcy Cases (ECF No. 84).

4. On April 7, 2020, the Court entered an Order Granting Motion for Joint Administration of Affiliated Chapter 11 Cases, directing that the Bankruptcy Cases be jointly administered under the lead case of Pinnacle Hospital (the "Lead Case") (ECF No. 108).

5. On July 23, 2020, the Court entered its Order Granting Trustee's Motion to Convert Jointly-Administered Bankruptcy Cases to Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. 1112 (ECF No. 385) (the "Conversion Order").

6. Pursuant to the Conversion Order, on July 31, 2020, the Bankruptcy Cases converted to cases under Chapter 7 of the Bankruptcy Code.

7. On August 3, 2020, the Trustee was appointed as chapter 7 trustee in the Bankruptcy Cases.

8. On December 2, 2020, the Court entered its Memorandum Opinion and Judgment Ruling on Centinel Spine, LLC's Motion for Resolution of Dispute Chapter 7 Trustee Elections (the "Election Opinion") (ECF. No. 539), declaring the Trustee the elected Chapter 7 trustee in each of the Debtors bankruptcy cases except for Pinnacle Regional Hospital, LLC ("Pinnacle Boonville"). Larry Pittman was elected to serve as the Chapter 7 trustee in the Pinnacle Booneville case.

9. The Court has jurisdiction of this motion pursuant to 28 U.S.C. § 1334(a) and (b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(A) in that it concerns the administration of the Debtors' estates.

10. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

## BASIS FOR REQUESTED SEVERANCE

11. BVSA has liquidated or transferred all of its property, has no claim objections pending or adversary proceedings pending and has no remaining assets. Accordingly, BVSA's bankruptcy case is ready to be closed.

12. The Trustee now seeks entry of an order severing BVSA's bankruptcy case from the jointly-administered Lead Case for the sole purpose of obtaining entry of a final decree so that BVSA's bankruptcy case may be closed.

## **CONCLUSION**

13. BVSA's bankruptcy case is ready to be closed. Therefore, the Trustee seeks entry of an order severing BVSA's bankruptcy case from the jointly-administered Lead Case. The remaining Debtors shall continue to be subject to joint administration under the Lead Case.

WHEREFORE, for the reasons set forth herein, the Trustee prays that the Court enter an Order severing BVSA's bankruptcy case from the Lead Case, and granting such other and further relief as is just.

Dated this 28th day of May, 2022.

        Respectfully submitted,

        STINSON LLP

        By: __/s/ Nicholas J. Zluticky__
        Nicholas J. Zluticky, KS #23935
        1201 Walnut, Suite 2900
        Kansas City, MO 64106
        Telephone: (816) 842-8600
        Facsimile: (816) 691-3495
        nicholas.zluticky@stinson.com

        COUNSEL FOR THE CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2022, the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

                                                 */s/ Nicholas J. Zluticky*
                                                 Counsel for the Chapter 7 Trustee