**SO ORDERED.**

**SIGNED this 29th day of June, 2022.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Pinnacle Regional Hospital, Inc., *et al.*,**[1] | ) | Case No. 20-20219 |
| | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| | ) | (Jointly Administered) |

**ORDER APPROVING MOTION UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO APPROVE PROPOSED SETTLEMENT WITH <u>LABORATORY CORPORATION OF AMERICA</u>**

This matter comes before the Court on the Motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Proposed Settlement with Laboratory Corporation of America (the "Settlement Motion") (ECF No. 764) filed by James A. Overcash, not individually, but solely as Chapter 7 Trustee in the above-captioned bankruptcy cases (the "Trustee"). There

___

[1] The Debtors in the consolidated case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

CORE/3519737.0002/175348024.1

IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS
In Re: Pinnacle Regional Hospital, Inc., et al., Case No. 20-20219
Order Granting Motion Under Rule 9019 of the Federal Rules of Bankruptcy Procedure
to Approve Proposed Settlement with Laboratory Corporation of America
Page 2

being no objection to the Settlement Agreement, the Court having determined that no further notice of the Settlement Motion is necessary, and for good cause shown,

IT IS HEREBY ORDERED that the Settlement Motion is granted in its entirety.

IT IS FURTHER ORDERED that the proposed compromise of controversy by and between the Trustee and Laboratory Corporation of America, on the terms and conditions described in the Settlement Agreement attached to the Settlement Motion is approved under Fed. R. Bankr. P. 9019.

IT IS FURTHER ORDERED that the Settlement Agreement shall become binding upon and inure to the benefit of all parties thereto, any successors, successor Trustees and assigns upon the entry of this Order approving the Settlement Agreement.

IT IS FURTHER ORDERED that the Trustee be, and hereby is, authorized to take all actions reasonably necessary to implement this Order and the settlement approved hereby.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

STINSON LLP
By: /s/ Michael P. Pappas
Nicholas J. Zluticky KS # 23935
Michael P. Pappas. D. Kan. # 78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com
Michael.pappas@stinson.com

COUNSEL FOR THE TRUSTEE