**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS AT KANSAS CITY**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Pinnacle Regional Hospital, Inc., *et al.*,[1]** | ) | **Case No. 20-20219** |
| | ) | |
| **Debtors.** | ) | **Chapter 7** |
| | ) | |
| | ) | **(Jointly Administered)** |

**MOTION TO SHORTEN OBJECTION DEADLINE AND FOR
EXPEDITED HEARING ON TRUSTEE'S MOTION (No. 14) TO APPROVE (A)
SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR OF
ALL LIENS, INTERESTS, CLAIMS AND ENCUMBRANCES, AND
(B) RELATED RELIEF PURSUANT TO 11 U.S.C. §§102, 105 AND 363**

COMES NOW James A. Overcash, not individually, but solely in his capacity as the

Chapter 7 trustee in the above-captioned bankruptcy cases (the "Trustee"), and moves this Court

for an Order shortening the objection deadline and setting an expedited hearing on the Motion

(No. 14) to Approve (A) sale of Certain Real Property Free and Clear of all Liens, Interests,

Claims and Encumbrances, and (B) Related Relief Pursuant to 11 U.S.C. §§ 102, 105, and 363

(the "Sale Motion"). In support of this Motion, the Trustee states as follows:

       1.      On August 18, 2020, the Trustee filed his Motion (No.5) to Approve (A) sale of

Certain Real Property Free and Clear of all Liens, Interests, Claims and Encumbrances, and (B)

Related Relief Pursuant to 11 U.S.C. §§ 102, 105, and 363 (the "Boedeker Sale Motion"), seeking

to sell certain real property located in Bates County, MO (the "Real Estate"), as more particularly

described therein, to MC Boedeker Agriculture Limited Partnership, LTD (ECF No. 447).

---

[1] The Debtors in this case are: Pinnacle Regional Hospital, Inc., Case No. 20-20219; Blue Valley Surgical Associates, LLC, Case No. 20-20222; Rojana Realty Investments, Inc., Case No. 20-20225; and Joy's Majestic Paradise, Inc., Case No. 20-20227.

2. On September 11, 2020, the Court entered an Order granting the Boedeker Sale Motion (the "Boedeker Sale Order) (ECF No. 478).

3. Despite the Boedeker Sale Order, the sale of the Real Estate never closed.

4. Now, through the Sale Motion, the Trustee has identified a new buyer of the Real Estate.

5. The sale contemplated in the Sale Motion is scheduled to close on or before July 8, 2020.

6. The Trustee requests that the objection deadline of the Sale Motion be shortened to June 30, 2022 and that the Court set the matter on its nonevidentiary docket on July 14, 2022 at 1:45 p.m., if necessary.

7. A shortened objection deadline and consideration of the Sale Motion as soon as possible is necessary to allow the sale to close next week. Moreover, a shortened objection deadline is appropriate given that no party previously objected to a sale of the Real Estate, as set forth in the Boedker Sale Motion, and the Court previously entered the Boedeker Sale Order approving a sale of the same Real Estate.

WHEREFORE, the Trustee requests that the Court grant this Motion, setting consideration of the Sale Motion for hearing on July 14, 2022 at 1:45 p.m. and shortening the objection deadline to July 7, 2022 and that the Court enter such other and further relief as is deemed just and appropriate.

Respectfully submitted,

STINSON LLP

By: */s/ Nicholas J. Zluticky*
Nicholas J. Zluticky KS # 23935
1201 Walnut, Suite 2900

Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE
JAMES A. OVERCASH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2022, a true and correct copy of the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.  Further, I certify that copies of the foregoing document were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Centinel Spine, LLC
c/o Moritt Hock & Hamroff LLP
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530

Dan Ray Nelson on behalf of Creditor Premier Specialty Network, LLC
300 S. John Q. Hammons Pkwy
Suite 800
Springfield, MO 65806

Amanda M. Wilwert
Foulston Siefkin, LLP
9225 Indian Creek Parkway
Suite 600
Overland Park, KS 66210

*/s/ Nicholas J. Zluticky*
Counsel for the Chapter 7 Trustee