**SO ORDERED.**

**SIGNED this 17th day of August, 2022.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Pinnacle Regional Hospital, Inc.,** | ) | **Case No. 20-20219** |
| | ) | |
| Debtor. | ) | **Chapter 7** |
| | ) | |
| | ) | **(Jointly Administered)** |

### ORDER APPROVING MOTION UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO APPROVE PROPOSED SETTLEMENT WITH STRYKER SALES, LLC, A WHOLLY OWNED SUBSIDIARY OF STRYKER CORPORATION ACTING THROUGH ITS STRYKER ENDOSCOPY DIVISION

This matter comes before the Court on the Motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Proposed Settlement with Stryker Sales, LLC, a wholly owned subsidiary of Stryker Corporation acting through its Stryker Endoscopy Division (the "Settlement Motion") (ECF No. 801) filed by James A. Overcash, not individually, but solely as Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"). There being no objection to the Settlement Agreement, the Court having determined that no further notice of the Settlement Motion is necessary, and for good cause shown,

**IN THE U.S. BANKRUPTCY COURT, DISTRICT OF KANSAS**
**In Re: Pinnacle Regional Hospital, Inc., et al., Case No. 20-20219**
**Order Granting Motion Under Rule 9019 of the Federal Rules of Bankruptcy Procedure**
**to Approve Proposed Settlement with Stryker Sales, LLC, a wholly owned subsidiary of Stryker Corporation**
**acting through its Stryker Endoscopy Division**
**Page 2**

IT IS HEREBY ORDERED that the Settlement Motion is granted in its entirety.

IT IS FURTHER ORDERED that the proposed compromise of controversy by and between the Trustee and Stryker Sales, LLC, a wholly owned subsidiary of Stryker Corporation acting through its Stryker Endoscopy Division on the terms and conditions described in the Settlement Agreement attached to the Settlement Motion is approved under Fed. R. Bankr. P. 9019.

IT IS FURTHER ORDERED that the Settlement Agreement shall become binding upon and inure to the benefit of all parties thereto, any successors, successor Trustees and assigns upon the entry of this Order approving the Settlement Agreement.

IT IS FURTHER ORDERED that the Trustee be, and hereby is, authorized to take all actions reasonably necessary to implement this Order and the settlement approved hereby.

IT IS SO ORDERED.

### # # #

SUBMITTED BY:


STINSON LLP
By: */s/ Michael P. Pappas*
Nicholas J. Zluticky KS # 23935
Michael P. Pappas. D. Kan. # 78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Nicholas.zluticky@stinson.com
Michael.pappas@stinson.com


COUNSEL FOR THE TRUSTEE