UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | |
| **Pinnacle Regional Hospital, Inc.,** | Case No. 20-20219 |
| Debtor. | Chapter 7 |

## NOTICE OF OBJECTION DEADLINE AND OPPORTUNITY FOR NON-EVIDENTIARY HEARING

PLEASE TAKE NOTICE THAT on September 13, 2022, James A. Overcash, Chapter 7 Trustee (the "Trustee") of Pinnacle Regional Hospital, Inc., Pinnacle Health Care Systems, Inc., Blue Valley Surgical Associates, Rojana Realty Investments, Inc. and Joy's Majestic Paradise, Inc. filed the Motion Under Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Proposed Settlement with LabOne, LLC d/b/a Quest Diagnostics (the "Motion") in Adversary No. 22-06018 (ECF No. 6).

PLEASE TAKE FURTHER NOTICE THAT, if you wish to object to the relief requested in the Motion, you must file your written objection and serve it on the Trustee, the Unsecured Creditors Committee and the United States Trustee on or before October 4, 2022.

PLEASE TAKE FURTHER NOTICE THAT, if an objection to the Motion is timely filed, a non-evidentiary hearing on the Motion will be set for Thursday October 13, 2022 at 1:45 p.m. (prevailing Central Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT, if no objection to the Motion is filed on or before October 4, 2022, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated this 13th day of September, 2022.

CORE/3519737.0002/176881931.1
Case 20-20219   Doc# 816   Filed 09/13/22   Page 1 of 3

Respectfully submitted,

STINSON LLP

By: ___*/s/ Michael P. Pappas*
Nicholas J. Zluticky, KS #23935
Michael P. Pappas. D. Kan. #78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
nicholas.zluticky@stinson.com
michael.pappas@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2022, the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System. Further, I certify that copies of the foregoing document were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following on September 13, 2022:

Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

Centinel Spine, LLC
c/o Moritt Hock & Hamroff LLP
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530

Amanda M. Wilwert
Foulston Siefkin, LLP
9225 Indian Creek Parkway
Suite 600
Overland Park, KS 66210

Dan Ray Nelson on behalf of Creditor
Premier Specialty Network, LLC
300 S. John Q. Hammons Pkwy
Suite 800
Springfield, MO 65806