## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

In re:

**Pinnacle Regional Hospital, Inc.,**

**Debtor.**

Case No. 20-20219

Chapter 7

## NOTICE OF OBJECTION DEADLINE AND
## OPPORTUNITY FOR NON-EVIDENTIARY HEARING

PLEASE TAKE NOTICE THAT on September 21, 2022, James A. Overcash, Chapter 7 Trustee (the "Trustee") of Pinnacle Regional Hospital, Inc., Pinnacle Health Care Systems, Inc., Blue Valley Surgical Associates, Rojana Realty Investments, Inc. and Joy's Majestic Paradise, Inc. filed the Motion Under Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Proposed Settlement with Covidien LP (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT, if you wish to object to the relief requested in the Motion, you must file your written objection and serve it on the Trustee, the Unsecured Creditors Committee and the United States Trustee on or before October 12, 2022.

PLEASE TAKE FURTHER NOTICE THAT, if an objection to the Motion is timely filed, a non-evidentiary hearing on the Motion will be set for Thursday November 10, 2022 at 1:45 p.m. (prevailing Central Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT, if no objection to the Motion is filed on or before October 12, 2022, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated this 21st day of September, 2022.

Respectfully submitted,

STINSON LLP

By: ___/s/ Michael P. Pappas_
Nicholas J. Zluticky,  KS #23935
Michael P. Pappas. D. Kan. #78856
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
nicholas.zluticky@stinson.com
michael.pappas@stinson.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

CORE/3519737.0002/176881384.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2022, the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System. Further, I certify that copies of the foregoing document were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following on September 21, 2022:

Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

Centinel Spine, LLC
c/o Moritt Hock & Hamroff LLP
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530

Amanda M. Wilwert
Foulston Siefkin, LLP
9225 Indian Creek Parkway
Suite 600
Overland Park, KS 66210

Dan Ray Nelson on behalf of Creditor
Premier Specialty Network, LLC
300 S. John Q. Hammons Pkwy
Suite 800
Springfield, MO 65806

Label Matrix for local noticing
1083-2
Case 20-20224
District of Kansas
Kansas City
Mon Sep 19 14:11:00 CDT 2022

Great Western Bank
c/o Spencer Fane LLP
Andrea Chase
1000 Walnut
Suite 1400
Kansas City, MO 64106-2168

Lighthouse Business Information Solutions, L
3400 Menaul Blvd NE, Ste 200
Albequerque, NM 87107-1818

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Pinnacle Healthcare System, Inc.
12880 Metcalf Avenue
Overland Park, KS 66213-2622

3M
Dept 0881
P.O. Box 120881
Dallas TX 75312-0881

A-Chem
12001 McKee N. Road
Excelsior Springs MO 64024-8399

ACI Boland, Inc.
1710 Wyandotte
Kansas City MO 64108-1217

ACS Data Search
P.O. Box 12587
Overland Park KS 66282-2587

AFLAC
1932 Wynnton Road
Columbus GA 31999-0002

AGFA US Corp
10, South Academy Street
Greenville SC 29601-2632

AMBU, Inc.
P.O. Box 347818
Pittsburgh PA 15251-4818

ARJO Inc.
2349 W. Lake Street
Suite 250
Addison IL 60101-6188

AT&T Mobility
P.O. Box 650553
Dallas TX 75265-0553

Abbott Labs
22400 Network Place
Chicago IL 60673-1224

Ability Network, Inc.
PO Box 856015
Minneapolis MN 55485-6015

Accord Financial, Inc.
P.O. Box 6704
Greenville SC 29606-6704

Accutype Medical Services, Inc
10300 W. 103rd Street
Overland Park KS 66214-2642

Acme Sign
1313 Vernon
Kansas City MO 64116-4422

Advanced Disposal
P.O. Box 74008053
Chicago IL 60674-8053

(p)ADVANCED MEDICAL SALES  INC
216 AVENIDA FABRICANTE #110
SAN CLEMENTE CA 92672-7559

Advanced Plan Design
3859 S. Cox Ave
Springfield MO 65807-8603

Aegis Fire Protection, LLC
11936 W. 119th
Suite 262
Overland Park KS 66213-2216

Aesculap
24630 Network Place
Chicago IL 60673-1246

Aetna Sr. Supplemental Ins
C/O Asset Protection Unit, inc
P.O. Box 30969
Amarillo TX 79120-0969

Alcon Laboratories, Inc.
P.O. Box. 677775
Dallas TX 75267-7775

Alexander Open Systems
P.O. Box 872380
Kansas City MO 64187-2380

Allergan USA
12975 Collection Center Drive
Chicago IL 60693-0129

Allied Benefit Systems, Inc.
200 West Adams
Ste 500
Chicago IL 60606-5215

Allscripts
2463- Network Place
Chicago IL 60673-1024

American Academy of Sleep Med
2510 North Frontage Road
Darien IL 60561-1511

American Dictation Corp.
155 South Street
P.O. Box 548
Wrentham MA 02093-0548

American Family Mutual Ins.
P.O. Box 310503
Des Moines IA 50331-0503

American Medical Association
P.O. Box 74008935
Chicago IL 60674-8935

American Proficiency Institute
Dept. 9526
P.O. Box 30516
Lansing MI 48909-8016

(p)SURGICAL INFORMATION SYSTEMS  LLC
ATTN LEGAL DEPARTMENT
100 NORTH POINT CENTER EAST SUITE 125
ALPHARETTA GA 30022-8214

Anthem Blue Cross Blue Shield
P.O. Box 645438
Cincinnati OH 45264-5438

Apollo Endosurgery, Inc.
32663 Collection Center Drive
Chicago IL 60693-0001

Armstrong Medical
575 Knightsbridge Pkwy
P.O. Box 700
Lincolnshire IL 60069-0700

Artech Environmental
8047 Castleton Road
Indianapolis IN 46250-2004

Arthrex Inc
14550 Plantation Rd
Fort Myers, FL 33912-4328

Arthrex Inc.
PO Box 403511
Atlanta GA 30384-3511

Ashton Bergh
8385 Renner Blvd, Apt 1402
Lenexa KS 66219-3108

B-Line Medical, LLP
132 Beach 92nd Street
Suite 2B
Far Rockaway NY 11693-1689

B.W.S.C., LLC
C/O Rubenstein Real Estate
5310 Lamar
Ste 220
Mission KS 66202-1656

BKD
14241 Dallas Pkwy
Suite 110
Dallas TX 75254-2945

BTX KS, Inc
11201 Strangline Road
Lenexa KS 66215-4040

BankCard Center
P.O. Box 4021
Alameda CA 94501-0421

Barton Associates
P.O. Box 417844
Boston MA 02241-7844

Baxter
P.O. Box 730531
Dallas TX 75373-0531

Baylis Medical
5659 Trans-Canada Hwy
Quebec, Canada H4T 1A!

Beck-Lee Inc.
P.O. Box 528
Stratford CT 06615-0528

Beckman Coulter, Inc.
Dept. CH 10164
Palatine IL 60055-0001

Bell Medical, Inc.
P.O. Box 771470
Saint Louis MO 63177-2470

BioAccess Inc.
4000 Hudson Street
Baltimore MD 21224-5213

Bioventus, LLC
P.O. Box 732823
Dallas TX 75373-2823

Blue Cross and Blue Shield
P.O. Box 105557
Atlanta GA 30348-5557

Boehringer Laboratories, LLC
300 Thoms Drive
Phoenixville PA 19460-6117

Boston Scientific
P.O. Box 951653
Dallas TX 75395-1653

Bracco Diagnostics, Inc.
P.O. Box 532411
Charlotte NC 28290-0001

Bridging The Gap Interpreting
10940 Parallel Pkwy
Suite K285
Kansas City KS 66109-4434

Briggs HealthCare
4900 University Ave
Ste 200
West Des Moines IA 50266-6733

Brit Systems
3102 Oak Lawn Ave
#400
Dallas TX 75219-6403

Business Card
P.O. Box 15796
Wilmington DE 19886-5796

C.R. Bard, Inc.
P.O. Box 75767
Charlotte NC 28275-0767

CRF Solutions
P.O. Box 1389
Simi Valley CA 93062-1389

CT Corporation
P.O. Box 4349
Carol Stream IL 60197-4349

CTL Medical Corporation
CTL Amedica
6505 West Park Blvd #306-362
Plano, TX 75093-6212

Cardinal Health Medical Prod
P.O. Box 70539
Chicago IL 60673-0539

Centinel Spine
P.O. Box 207368
Dallas TX 75320-7368

Central Bio-Medical, Inc.
P.O. Box 780372
Wichita KS 67278-0372

(p)CENTRAL DISTRICT ALARM  INC
6450 CLAYTON AVE
ST LOUIS MO 63139-3300

CenturyLink
P.O. Box 4300
Carol Stream IL 60197-4300

(p)CHOICE SPINE LLC
ATTN CHOICE SPINE LLC
400 ERIN DRIVE
KNOXVILLE TN 37919-6205

Christopher Timmer DC PA
15203 W. 87th St. PKWY
Lenexa KS 66219-1409

Cigna
PO Box 188061
Chattanooga TN 37422-8061

Cigna/Accent
P.O. 952366
Saint Louis MO 63195-2366

Cobex Recorders, Inc.
6601 Lyons Road
Suite F7
Pompano Beach FL 33073-3622

Collect RX
6720 Rockledge Dr., Twr B
Suite 600
Bethesda MD 20817-1883

Comcast
P.O. Box 35170
Seattle WA 98124-5170

(p)NEW YORK BLOOD CENTER INC
ATTN DBA COMMUNITY BLOOD CENTER OF GREATER KA
4040 MAIN ST
KANSAS CITY MO 64111-2308

Compumedics USA, Inc.
5015 West W.T. Harris Blvd
Suite E
Charlotte NC 28269-1860

Computer Aided Tech, LLC
1655 Arlington Height Road
Ste 101
Buffalo Grove IL 60089

ConMed Linvatec
P.O. Box 301231
Dallas TX 75303-1231

Cooper Surgical, Inc.
P.O. Box 712280
Cincinnati OH 45271-2280

Corcom Communications
P.O. Box 17236
Reno NV 89511-7236

Coventry Healthcare of Kansas
9401 Indian Creek Pkwy
Ste 1300
Overland Park KS 66210-2021

Covidien
Dept. 00 10318
Palatine IL 60055-0001

Culligan Water Conditioning
1801 Commerce Ct.
Columbia MO 65202-3703

Culligan of Greater Kansas Cit
PO Box 2170
Olathe KS 66051-2170

Cummins Sales and Service
PO Box 310397
Des Moines IA 50331-0397

DJO Global
P.O. box 6507777
Dallas TX 75265

DMI Solutions, Inc.
1717 W. Maud St
Poplar Bluff MO 63901-4003

Da-Com Digital Office Solution
2602-A North Stadium Blvd.
Columbia MO 65202-1271

De Lage Landen
C/O Advance Recovery Systems
P.O. Box 80766
Valley Forge PA 19484-0766

Delta Dental of Kansas
P.O. Box 3806
Wichita KS 67201-3806

Dept of Veterans Affairs
PO Box 469062
Denver CO 80246-9062

Dept. of Social Services
PO Box 1116
Jefferson City MO 65102-1116

(p)JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC
ATTN DAVID ROBERTS
8800 GRAND OAK CIRCLE
TAMPA FL 33637-2006

Diversatek Healthcare, Inc.
27270 Network Place
Chicago IL 60673-1272

Domain Listings
P.O. Box 19607
Las Vegas NV 89132-0607

DrFirst
P.O. Box 791487
Baltimore MD 21279-1487

Dylan Corporate Services Inc
4000 W 114th Street, Suite 140
Leawood, KS 66211-2656

Easy Application Systems
3325 Grant Cove Circle
#203
Cape Coral FL 33991-3352

Ecolab
26252 Network Place
Chicago IL 60673-1262

Edge Pharmacy Services LLC
856 Hercules Drive
Suite 30
Colchester VT 05446-8014

Elite Promotions
545 S. Union
Springfield MO 65802-2659

Elite Spine Care of Kansas Cty
12870 Metcalf Ave
Overland Park KS 66213-2622

Ellis Ellis Hammons & Johnson
901 St. Louis Street
Suite 600
Springfield MO 65806-2561

Evergy
P.O. Box 219330
Kansas City MO 64121-9330

Experian Health
P.O. Box 886133
Los Angeles CA 90088-6133

FFF Enterprises, Inc.
P.O. Box 840150
Los Angeles CA 90084-0150

FSMB
400 Fuller Wiser Rd
A/R PDC
Euless TX 76039-3856

Faultless Linen
P.O. Box 802786
Kansas City MO 64180-2786

FavMor Media, LLC
P.O. Box 403
Harrisonville MO 64701-0403

FedEx
P.O. Box 271461
Pittsburgh PA 15250-0001

Federal Employee Program
Central Region CCOA Lockbox
PO Box 73651
Cleveland OH 44193-1177

Fisher HealthCare
13551 Collections Ctr Dr.
Chicago IL 60693-0135

Flowonix Medical, Inc.
500 International Drive
Ste 200
Budd Lake NJ 07828-1381

ForTec Medical, Inc.
P.O. Box. 951147
Cleveland OH 44193-0005

Forbes Law Group
6900 College Blvd
Ste 840
Leawood KS 66211-1843

GE Healthcare
P.O. Box. 640200
Pittsburgh PA 15264-0200

GE Healthcare Fin. Serv
P.O. Box 641419
Pittsburgh PA 15264-1419

GEMed Sys Ultrasound Primary
P.O. Box. 74008831
Chicago IL 60674-8831

GSK
P.O. Box 740415
Atlanta GA 30374-0415

GlaxoSmithKline Pharmaceutical
PO BOX 740415
Atlanta GA 30374-0415

Great Western Bank
Peter Riggs c/o Spencer Fane LLP
1000 Walnut Street Ste 1400
Kansas City MO 64106-2168

Health Technologies
84467 Page Ave
Saint Louis MO 63130

Health efilings LLC
7617 Mineral Pt Road
Ste 200
Madison WI 53717-1623

HealthLink, Inc.
P.O. Box 6501
Carol Stream IL 60197-6501

Healthmark Industries Co Ins
P.O. Box 30516
Dept 7058
Lansing MI 48909-8016

Heartland Biomed, LLC
22620 Farm Road
Peculiar MO 64078-9343

Heartland Medical Solution
23708 W. 83rd Terrace
Lenexa KS 66227-3138

Hil-Rom
P.O. Box 643592
Pittsburgh PA 15264-3592

Hitachi Healthcare Americas Co
Dept 781378
P.O. Box 78000
Detroit MI 48278-0001

IAHCSMM
55 West Wacker Dr.
Ste 501
Olathe KS 66061

IMA, Inc NE KS Division
9393 W. 110th Street
51 Corporate Woods
Ste 600
Overland Park KS 66210

IPFS Corporation
National Accts
PO Box 41900
Kansas City MO 64141

In2itive, LLC
6330 Sprint Pkwy
Suite 425
Leawood KS 66211-1194

InfuSystem
P.O. Box 204471
Dallas TX 75320-4471

Integra Lifesciences Corp.
PO Box 404129
Atlanta GA 30384-4129

Integrated Science Support Inc
14464 N. 169 Hwy
Smithville MO 64089

Intelligent Medical Objects In
PO Box 3575
Carol Stream IL 60132-3575

JCMG Administrative Div
1241 W. Stadium Blvd
Jefferson City MO 65109-6023

Jerry Merola
Greenberg & Merola, LLP
2280 Grand Ave., Ste. 220
Baldwin, NY 11510-3110

KCI USA
PO Box 301557
Dallas TX 75303-1557

KEGO Corporation USA
9850 Van Allmen Court
Ste 201
Louisville KY 40241-2855

Kansas Hospital Association
215 E. 8th Ave
Topeka KS 66603-3906

Kansas State Board of Pharmacy
800 SW Jackson,
Rm 1414
Topeka KS 66612-1231

Karen L Whitmer
c/o Johnson Legal Network, PLLC
535 Wellington Way, Suite 380
United States
Lexington, KY 40503-1389

Kemper Medical Inc.
PO Box 298
Medford OR 97501-0020

Konica Minolta Helathcare Amer
Dept CH 10897
Palatine IL 60055-0001

Kutak Rock, LLP
P.O. Box 30057
Omaha NE 68103-1157

LLC Wholesale Supply, LLC
1829 W. Drake Dr.
Ste 102
Tempe AZ 85283-4320

Laboratory Corp of America Hld
P.O. Box 12140
Burlington NC 27216-2140

Lamp
8050 Watson Road
Ste 340
Saint Louis MO 63119-5387

Landauer, Inc.
PO Box 809051
Chicago IL 60680-9051

Lathrop Gage
10851 Mastin Blvd
Bldg 80, Ste 1000
Overland Park KS 66210-1687

Law Office of Daniel Stuart P.
4707 College Boulevard
Ste 208
Leawood KS 66211-2081

Liberty Mutual Insurance
100 Liberty Way
Dover NH 03820-4597

Lifeline Pharmaceuticals, LLC
1301 NW 84th Ave
Suite 101
Miami FL 33126-1516

Lighthouse Business Info Solut
8100-MR Wyoming Blvd NE
Ste 230
Albuquerque NM 87111

Lydias Professional Uniforms
2547 Three Miles Road N.W.
Ste F
Grand Rapids MI 49534-1358

MD ELECTRODIAGNOSIS
2330 E. Meyer Blvd
Ste 1107
Kansas City MO 64132-1132

MO Healthnet Division
PO Box 6500
Jefferson City MO 65102-6500

MOHN
P.O. Box 8550
Madison WI 53708-8550

MPD Medical Systems, Inc.
P.O. Box 6004
Wauconda IL 60084-6004

Magers Elite Cleaning LLC
2846 N. Neergard Ave
Springfield MO 65803-6314

Magnacoustics
1995 Park Street
Atlantic Beach NY 11509-1243

Mail Services, LLC
4100 121st Street
Urbandale IA 50323-2334

Masimo Americas, Inc.
28932 Network Place
Chicago IL 60673-1289

McDowell Rice Smith & Buchanan
605 W. 47th Street
Suite 350
Kansas City MO 64112-1900

McKesson Medical Surgical
PO Box 933027
Atlanta GA 31193-3027

Med-Pay
P.O. Box 10909
Springfield MO 65808-0909

MedTox Laboratories, Inc.
PO Box 8107
Burlington NC 27216-8107

MedTrainer
555 Cajon St
Ste A
Redlands CA 92373-5980

Medartis, Inc.
224 Valley Creek Blvd
Ste 100
Exton PA 19341-2300

Medevac Mid-America Inc
P.O. Box 847199
Dallas TX 75284-7199

Media Pages
28364 South Western Ave
#28
Rancho Palos Verdes CA 90275-1434

Medical Information Technology
PO Box 74569
Chicago IL 60696-8569

Medical Information Technology, Inc.
1 MEDITECH Circle
Westwood, MA 02090-1542

Meditech
P.O. Box 745 69
Chicago IL 60696-8569

Medivators Inc
N.W. 9841
P.O. Box 1450
Minneapolis MN 55485-1450

Medix Staffing Solutions, Inc.
7839 Solution Center
Chicago IL 60677-0001

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

Menorah Medical Center Medical
5721 W. 119th St
Attn medical Staff Services
Leawood KS 66209-3753

Metropolitan Surgical Associat
11401 Nall Ave
Ste 216
Leawood KS 66211-1850

MiMedx Group, Inc.
1775 West Oak Commons CT NE
Marietta GA 30062-2254

Midwest Compounders Pharmacy
13330 Santa Fe Trail Driv
Lenexa KS 66215-3653

Midwest MUA Assoc. LLC
9393 W. 110th Street
Overland Park KS 66210-1464

Midwest Retina Associates, Inc
1010 Carondolet Dr
Ste 340
Kansas City MO 64114-4823

Midwest Vascular Access, LLC
8005 W. 110 St
Ste 210
Overland Park KS 66210-2619

Mindray DS USA, Inc.
24312 Network PL
Chicago IL 60673-1243

Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65105-0475

NRC Health
PO Box 899030
Chicago IL 60680

NUSO, LLC
PO Box 790379
Saint Louis MO 63179-0379

National Business Furniture
PO Box 514052
Milwaukee WI 53203-3452

Network Innovations
2012 Prairie Circle
Ste B
Olathe KS 66062-1204

Nevro Corp
PO Box 845694
Dallas TX 75284-5694

New York Life
PO Box 500
Minneapolis MN 55440-0500

NextPage, Inc.
PO Box 412814
Kansas City MO 64141-2814

Nielsen Healthcare Group, Inc.
12166 Old Big Bend
Ste 201
Saint Louis MO 63122-6843

Nihon Kohden America, Inc.
6017 Solutions Center
Lockbox #776017
Chicago IL 60677-6017

Northfield Medical,Inc.
PO Box 671123
Dallas TX 75267-1123

Nuvectra Corporation
Dept 3565
PO Box 123565
Dallas TX 75312-3565

(p)GE HEALTHCARE
3000 N GRANDVIEW BLVD
WAUKESHA WI 53188-1615

Olympus America, Inc.
Dept 0600
P.O. Box 120600
Dallas TX 75312-0600

Omnicell
PO Box 204650
Dallas TX 75320-4650

Optima Pain Management LLC
1116 W. 121st Terr
Overland Park KS 66213

Optum360
PO Box 88050
Chicago IL 60680-1050

Ortho-Clinical Diagnostics
PO Box 3655
Carol Stream IL 60132-3655

OrthoFix
P.O. Box 842452
Dallas TX 75284-2452

OsteoMed
2241 Collection Center Drive
Chicago IL 60693-0001

Owens and Minor
PO Box 841420
Dallas TX 75284-1420

P1 Group Inc
13605 W. 96th Terr
Lenexa KS 66215-1253

Patterson Medical Supply Inc
PO Box 21773
Chicago IL 60673-0001

Pay-LESS Office Products, Inc.
PO Box 390157
Omaha NE 68139-0157

Performance Health Supply, Inc
PO Box 93040
Chicago IL 60673-3040

Perfusion.com Inc.
17080 Safety Street
Suite 109
Fort Myers FL 33908-7506

Persivia, Inc.
4 Mount Royal Ave
4th Floor
Marlborough MA 01752-1961

Pfizer, Inc.
235 E 42nd Street
New York NY 10017-5703

Phillips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Pinnacle Plus
8653 Twincrest Dr
Saint Louis MO 63126

Pitney Bowes Global Fin Svcs
PO Box 371887
Pittsburgh PA 15250-7887

Polsinelli PC
PO Box 878681
Kansas City MO 64187-8681

Praxair CA
Dept LA 21511
Palatine IL

Precision Products Group, Inc.
P.O. Box 80400
Fort Wayne IN 46898-0400

Pro Solutions, LLC
PO Box 46019
Houston TX 77210-6019

Proforma
PO Box 51925
Los Angeles CA 90051-6225

Property Valuation Services
1440 Metcalf
Overland Park KS 66223

Propharma Distribution
1005 Dover Str
Suite 1000
Broomfield CO 80021

Providers Insurance Consultant
16052 Singley Ridge Road
Suite 125
Chesterfield MO 63017-2079

Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874

Putnam Orthopedic Center, LLC
4350 S National Ave
Suite C-200
Springfield MO 65810-2782

Quest Diagnostics
PO BOX 772976
Chicago IL 60677-0276

R&G Solutions
1153 SE Century Drive
Lees Summit MO 64081-3283

REMedy Sleep Medicine, LLC
15621 W. 87th Street
Ste 221
Lenexa KS 66219-1435

RTI Surgical
P.O. Box 73431
Chicago IL 60673-7431

Radsource Imaging Technology
8121 NW 97th Terrace
Kansas City MO 64153-1820

Radsource LLC
750 Old Hickory Blvd
Suite 1-260
Brentwood TN 37027-4521

```
(p)RECORDATION  INC              Renco Corp                      Respironic, Inc.
ATTN WILLIAM MCCURDY             PO Box 412                      PO Box 40570
54 BODWELL ST REAR               Manchester MA 01944-0412        Atlanta GA 30384-0001
AVON MA 02322-1193


(p)RHYCOM  INC                   Robert C. Levy Esq              Robert Pruitt MD
10975 BENSON DRIVE               9200 Indian Creek Parkway       10028 Perry Drive
SUITE 220                        Suite 400                       Overland Park KS 66212-5418
OVERLAND PARK KS 66210-2120      Overland Park KS 66210-2095


SPH Analytics                    Sage Products, LLC              Sanofi Pasteur, Inc.
PO Box 526                       2785 Paysphere Circle           12458 Collections Center Dr
Duluth GA 30096-0010             Pocahontas IA 50574             Chicago IL 60693-0001


Selection Rehabilitation         Siemens Healthineers            Skepnek Law Firm P.A.
PO Box 8099056                   P.O. Box 121102                 1 Westwood Rd
Chicago IL 60680                 Dallas TX 75312-1102            Lawrence KS 66044-4561


Sleeping Arms Anethesia          Sole Support Inc.               Southwest Medical
32109 E Stony Point School Roa   PO Box 400                      21900 E. 96th Street
Grain Valley MO 64029-8462       Bon Aqua TN 37025-0400          Broken Arrow OK 74014-5903


Steris Corporation               Stimwave, LLC                   Streck, Inc.
P.O. Box 676548                  1310 Park Central Blvd S        PO Box 45625
Dallas TX 75267-6548             Pompano Beach FL 33064-2217     Omaha NE 68145-0625


Stryker Communications           Stryker Flex Financial          Stryker Sales Corp
22491 Network Place              25652 Network Place             PO Box 93308
Chicago IL 60673-1224            Chicago IL 60673-1256           Chicago IL 60673-3308


Stryker Sustainability Solutio   Surgical Advantage              TACORE Medical
PO Box 29387                     PO Box 35565                    PO Box 1344
Phoenix AZ 85038-9387            Tulsa OK 74153-0565             Lake Dallas TX 75065-1344


TD&T CPAs and Advisors PC        TIAA Bank                       Tallgrass Technologies, LLC
1245 Jordan Creek Parkway        P.O. Box 911608                 c/o Andrew J. Nazar
Suite 100                        Denver CO 80291-1608            Polsinelli PC
West Des Moines IA 50266-2343                                    900 West 48th Place, Suite 900
                                                                 Kansas City, MO 64112-1899


The SSI Group, Inc.              The Wooten Company, LLC         Third Coast Comm. Capital, Inc
PO Box 11407                     1675 East Seminole              PO Box 14810
Dept 2455                        Ste B                           Humble TX 77347
Birmingham AL 35246-3035         Springfield MO 65804-2454
```

Trane US Inc.
PO Box 60693-8167

Triage
12020 Pacific Street
Omaha NE 68154-3507

Tricare West Region
PGBA, LLC Tricare Refunds
P.O. Box 202111
Florence SC 29502-2111

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

US Bank Equip Finance
PO Box 790448
Saint Louis MO 63179-0448

US Compounding, Inc.
PO Box 2709
1270 Dons Lane
Conway AR 72032-4753

USOC Bio Medical
20 Morgan
Irvine CA 92618-2022

United Healthcare
PO Box 101760
Atlanta GA 30392-1760

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Verathon, Inc.
PO Box 935117
Atlanta GA 31193-5117

Verity Stream
P.O. Box 1171130
Atlanta GA 30368-0001

Vertiflex
Dept 3662
PO Box
Dallas TX 75312-0001

WATERLOGIC
PO BOX 677867
Dallas TX 75267-7867

WPS Government Health Administ
PO Box 8215
Madison WI 53708-8215

WageWorks, Inc.
PO Box 45772
San Francisco CA 94145-0772

Waystar
1311 Solutions Center
Chicago IL 60677-1003

Werfen USA LLC
PO Box 347934
Pittsburgh PA 15251-4934

White Oak Investors, LLC
PO Box 411299
Kansas City MO 64141-1299

Windstream
PO Box 9001950
Louisville KY 40290-1950

Wright Medical Technology, Inc
PO box 503482
Saint Louis MO 63150-3482

XTant Medical
Dept CH 16872
Palatine IL 60055-0001

Z & Z Medical, Inc.
1924 Adams Street
Cedar Falls IA 50613-4273

Zack Group
6600 College Blvd
Ste 300
Leawood KS 66211-1869

Zebra Technologies Internation
3 Overlook Point
Lincolnshire IL 60069-4302

Zimmer US Inc.
75 Remittance Drive
Suite 6931
Chicago IL 60675-6931

Zoll Medical Corporation
PO Box 27028
New York NY 10087-7028

eScreen, Inc.
P.O. Box 654094
Dallas TX 75265-4094

James A. Overcash
James A. Overcash,Trustee
301 South 13th Street, Ste 500
Woods Aitken LLP
Lincoln, NE 68508-2546

Jonathan A. Margolies
McDowell Rice Smith & Buchanan
605 W 47th Street
Kansas City, MO 64112-1900

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanced Medical Sales
216 Avenida Fabricante #110
San Clemente CA 92672

Amkai, LLC
P.O. Box 930484
Atlanta GA 31193

Central District Alarm, Inc.
6450 Clayton Ave
Saint Louis MO 63139

Choice Spine
400 Erin Drive
Knoxville TN 37919

Community Blood
P.O. Box 26147
Overland Park KS 66225

Depuy Synthes Sales, Inc.
5972 Collections Cntr Dr
Chicago IL 60693

(d)J & J Health Care Systems, Inc
5972 Collections Center Drive
Chicago IL 60693

Medline
Dept 1080
P.O. Box 121080
Dallas TX 75312

OEC Medical Systems, Inc.
2984 Collections Center Drive
Chicago IL 60693

Recordation Inc.
54 Bodwell Street
Ste 1
Avon MA 02322

Rhycom, Inc.
10975 Benson Drive
Ste 220
Overland Park KS 66210

United States Treasury
Internal Revenue Services
Cincinnati OH 45999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tallgrass Technologies, LLC

(d)Dylan Corporate Services, Inc.
4000 W. 114th Street
Ste 140
Leawood KS 66211-2656

(u)Humana Health Care Plans
PO Box 931655
GA 31183-1655

End of Label Matrix
Mailable recipients    298
Bypassed recipients      3
Total                  301

/s/ Michael P. Pappas
Counsel for Trustee