# Form 3
## Summary Interim Asset Report

Page: 1

**Trustee:** James A. Overcash (470100)  **Blanket Bond Amount:** $3,400,000.00
**Period:** 10/01/2021 - 09/30/2022  **Per Case Limit:** $3,400,000.00

| 1<br>Case Number | 2<br>Case Name | 3<br>Date Filed (f) or Converted (c) to Chapter 7 | 4<br>Total Funds on Deposit or Invested (from Form 2) | 5<br>Amount of Separate Bond (if any) | 6<br>Gross Value of Remaining Assets (from Form 1 - excludes unknown values) | 7<br>Date of Actual Disposition by*:<br>Final Report (TFR)<br>Final Account (TDR)<br>Report of No Distribution (NDR)<br>Conversion (C)<br>Dismissal (D)<br>Reassignment (R)<br>* If TFR not filed, insert estimated (TFR(e)) date |
|---|---|---|---|---|---|---|
| 20-20219 | Pinnacle Regional Hospital, Inc. | 07/22/2020 (c) | $364,455.65 | | $0.00 | 08/01/2023 TFR(e) |
| 20-20225 | Rojana Realty Investments, Inc. | 07/22/2020 (c) | $97,357.81 | | $0.00 | 08/01/2023 TFR(e) |
| 20-20227 | Joy's Majestic Paradise, Inc. | 07/22/2020 (c) | $248,850.77 | | $0.00 | 08/01/2023 TFR(e) |

**Totals**   (Column 6 excludes unknown values)   Cases: 3   $710,664.23   $0.00

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: /s/ James A. Overcash     Date signed: 10/27/22

**Total Cases Reported: 3**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case No.: | 20-20219 | Trustee Name: (470100) James A. Overcash |
| Case Name: | Pinnacle Regional Hospital, Inc. | Date Filed (f) or Converted (c): 07/22/2020 (c) |
| | | § 341(a) Meeting Date: 09/03/2020 |
| For Period Ending: | 09/30/2022 | Claims Bar Date: 04/25/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT COUNTRY CLUB BANK XX7359 | 500.00 | 500.00 | | 237,784.82 | FA |
| 2 | ACCOUNTS RECEIVABLE | 122,705,963.56 | 122,705,963.56 | | 0.00 | FA |
| 3 | INVENTORY: MEDICAL SUPPLIES | 128,140.28 | 128,140.28 | | 0.00 | FA |
| 4 | OFFICE FURNITURE AND EQUIPMENT | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 5 | MACHINERY, EQUIPMENT, AND VEHICLES | 978,104.12 | 978,104.12 | | 0.00 | FA |
| 6 | POTENTIAL DAMAGE FOR MEDICARE LICENSE PROCEEDING | 0.00 | 0.00 | | 0.00 | FA |
| 7 | REFUND OF PREMIUM OVERPAYMENT FOR PROFESSIONAL AND GENERAL LIABILITY INSURANCE POLICY WITH MEDICAL LIABILITY ALLIANCE (u) | 29,693.00 | 29,693.00 | | 29,693.00 | FA |
| 8 | PREFERENCE PAYMENTS (u) | 62,732.91 | 62,732.91 | | 106,232.91 | 0.00 |
| 9 | FUNDS TRANSFER FROM CHAPTER 11 CASE (u) | Unknown | Unknown | | 1,420,132.23 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$123,935,133.87** | **$123,935,133.87** | | **$1,793,842.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

The remaining major activity before case closing process may start is to complete the evaluation and prosecution of Chapter 5 actions.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 08/01/2021 | **Current Projected Date Of Final Report (TFR):** 08/01/2023 |

| | |
|---|---|
| 10/27/2022 | /s/James A. Overcash |
| Date | James A. Overcash |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-1

| | | |
|---|---|---|
| Case No.: | 20-20219 | Trustee Name: James A. Overcash (470100) |
| Case Name: | Pinnacle Regional Hospital, Inc. | Bank Name: Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2880 | Account #: ******5881 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): $3,400,000.00 |
| | | Separate Bond (if applicable): N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/20 | {9} | Pinnacle Regional Hospital, Inc | Transfer from Chapter 11 Trustee Account | 1290-010 | 1,420,132.23 | | 1,420,132.23 |
| 08/28/20 | 101 | KILPATRICK TOWNSEND & STOCKTON LLP | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 80,000.00 | 1,340,132.23 |
| 08/28/20 | 102 | FTI CONSULTING, INC. | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 27,000.00 | 1,313,132.23 |
| 08/28/20 | 103 | CONROY BARAN | Payment of Chapter 11 Attorney for Creditor's Committee Fees | 6700-140 | | 18,000.00 | 1,295,132.23 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 226.98 | 1,294,905.25 |
| 09/17/20 | 104 | Woods Aitken LLP | Order Granting Application for Compensation 9/14/2020 (Fil. #477) | | | 17,429.85 | 1,277,475.40 |
| | | Woods Aitken LLP | Attorney for Trustee Fees $17,422.00 | 3110-000 | | | |
| | | Woods Aitken LLP | Attorney for Trustee Expenses $7.85 | 3120-000 | | | |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,229.79 | 1,275,245.61 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,038.30 | 1,273,207.31 |
| 11/11/20 | 105 | COMMERCIAL CAPITAL COMPANY, LLC | Order Granting Motion to Approve Sale and Disburse Funds to Commercial Capital Company, LLC 7/2/20 (Fil. #348) | 4210-000 | | 95,967.05 | 1,177,240.26 |
| 11/13/20 | 106 | STINSON | Order Granting Application for Compensation 11/12/2020 (Fil. #526) | 6210-000 | | 42,583.50 | 1,134,656.76 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,949.05 | 1,132,707.71 |
| 12/11/20 | 107 | Great Western Bank | Order Granting Trustee's Motion for Authority to Disburse Sale No. 3 Net Proceeds (Fil. #544) | 4110-000 | | 754,458.04 | 378,249.67 |
| 12/11/20 | 108 | Larry A. Pittman, Trustee | Order Granting Trustee's Motion for Authority to Disburse Sale No. 3 Net Proceeds (Fil. #544) | 4110-000 | | 323,922.77 | 54,326.90 |
| 12/18/20 | 109 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 | 2300-000 | | 141.11 | 54,185.79 |
| 12/23/20 | 110 | STINSON LLP | Order Granting Application for Compensation 12/22/2020 (Fil. #553) | | | 41,476.00 | 12,709.79 |
| | | STINSON LLP | Attorney for Trustee Fees $40,045.00 | 3210-000 | | | |
| | | STINSON LLP | Attorney for Trustee Expenses $1,431.00 | 3220-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,645.98 | 11,063.81 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 518.94 | 10,544.87 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 483.02 | 10,061.85 |
| 03/15/21 | {7} | Medical Liability Alliance | Refund of Premium Overpayment | 1229-000 | 29,693.00 | | 39,754.85 |

Page Subtotals: $1,449,825.23 $1,410,070.38

Case 20-20219 Doc# 845 Filed 10/28/22 Page 3 of 6

{ } Asset Reference(s)          ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 3-2

| Case No.: | 20-20219 | Trustee Name: | James A. Overcash (470100) |
|---|---|---|---|
| Case Name: | Pinnacle Regional Hospital, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2880 | Account #: | ******5881 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $3,400,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.11 | 39,711.74 |
| 04/28/21 | 111 | INTERNATIONAL SURETIES, LTD. | Bond #016225903 04/01/21-04/01/22 | 2300-000 | | 137.08 | 39,574.66 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.64 | 39,511.02 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.13 | 39,451.89 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.55 | 39,382.34 |
| 07/09/21 | 112 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided on 07/22/2021 | 2990-004 | | 120.00 | 39,262.34 |
| 07/09/21 | 113 | KANSAS SECRETARY OF STATE | Filing Fee for Annual Report Voided on 11/01/2021 | 2990-004 | | 55.00 | 39,207.34 |
| 07/13/21 | {1} | Country Club Bank | Return of Funds from Closed Bank Account | 1129-000 | 237,784.82 | | 276,992.16 |
| 07/22/21 | 112 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided: check issued on 07/09/2021 | 2990-004 | | -120.00 | 277,112.16 |
| 07/22/21 | 114 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided on 11/01/2021 | 2990-004 | | 35.00 | 277,077.16 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 279.07 | 276,798.09 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 473.36 | 276,324.73 |
| 09/20/21 | {8} | REMEDY SLEEP MEDICINE LLC | Preference Payment | 1241-000 | 6,536.66 | | 282,861.39 |
| 09/20/21 | {8} | MEDICAL LIABILITY ALLIANCE | Preference Payment | 1241-000 | 9,196.25 | | 292,057.64 |
| 09/20/21 | {8} | SURGALIGN SPINE TECHNOLOGIES, INC. | Preference Payment | 1241-000 | 45,000.00 | | 337,057.64 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 475.46 | 336,582.18 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 521.60 | 336,060.58 |
| 11/01/21 | 113 | KANSAS SECRETARY OF STATE | Filing Fee for Annual Report Voided: check issued on 07/09/2021 | 2990-004 | | -55.00 | 336,115.58 |
| 11/01/21 | 114 | KANSAS SECRETARY OF STATE | Filing Fee for Certificate of Reinstatement Voided: check issued on 07/22/2021 | 2990-004 | | -35.00 | 336,150.58 |
| 11/15/21 | 115 | DYLAN CORPORATE SERVICES, INC. | Preparation of 2021 Tax Returns | 3410-000 | | 3,000.00 | 333,150.58 |
| 11/17/21 | 116 | STINSON LLP | Order Granting Second Interim Fee App of Stinson LLP 10/14/21 (Fil. #668) | 3210-000 | | 7,512.15 | 325,638.43 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 571.14 | 325,067.29 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 538.36 | 324,528.93 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 502.79 | 324,026.14 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 484.75 | 323,541.39 |

Page Subtotals: $298,517.73 $14,731.19

Case 20-20219    Doc# 845    Filed 10/28/22    Page 4 of 6

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 20-20219 | Trustee Name: | James A. Overcash (470100) |
|---|---|---|---|
| Case Name: | Pinnacle Regional Hospital, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2880 | Account #: | ******5881 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $3,400,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 570.45 | 322,970.94 |
| 04/05/22 | 117 | INTERNATIONAL SURETIES, LTD. | Bond No. 016225903 | 2300-000 | | 729.75 | 322,241.19 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 499.68 | 321,741.51 |
| 05/31/22 | {8} | Cardinal Health | Preference Payment from Cardinal Health | 1241-000 | 2,000.00 | | 323,741.51 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 498.47 | 323,243.04 |
| 06/22/22 | {8} | OEC Medical Systems, Inc. | Preference Payment from OEC Medical Systems, Inc. | 1241-000 | 2,000.00 | | 325,243.04 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 570.38 | 324,672.66 |
| 07/07/22 | {8} | Johnson Legal Network, PLLC | WIRE FROM JOHNSON LEGAL NETWORK - Preference Payment | 1241-000 | 2,000.00 | | 326,672.66 |
| 07/15/22 | {8} | Third Coast Commercial Capital | WIRE FROM THIRD COAST COMMERCIAL FOR PREFERENCE PAYMENT | 1241-000 | 17,000.00 | | 343,672.66 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 518.08 | 343,154.58 |
| 08/23/22 | {8} | Stryker Corporation | WIRE FROM STRYKER CORPORATION | 1241-000 | 22,000.00 | | 365,154.58 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 614.38 | 364,540.20 |
| 09/19/22 | {8} | Community America Credit Union/Remitter Felton Chiropractic LLC | Payment on Preference Case from Felton Chiropractic LLC | 1241-000 | 500.00 | | 365,040.20 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 584.55 | 364,455.65 |

| | | | COLUMN TOTALS | | 1,793,842.96 | 1,429,387.31 | $364,455.65 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,793,842.96 | 1,429,387.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,793,842.96 | $1,429,387.31 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3-4

| | |
|---|---|
| **Case No.:** 20-20219 | **Trustee Name:** James A. Overcash (470100) |
| **Case Name:** Pinnacle Regional Hospital, Inc. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***2880 | **Account #:** ******5881 Checking |
| **For Period Ending:** 09/30/2022 | **Blanket Bond (per case limit):** $3,400,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $1,793,842.96 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,793,842.96 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5881 Checking | $1,793,842.96 | $1,429,387.31 | $364,455.65 |
| | **$1,793,842.96** | **$1,429,387.31** | **$364,455.65** |